UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**INNOVATION VENTURES, LLC**
**d/b/a LIVING ESSENTIALS,**

   *Plaintiff,*

vs.

**N.V.E., INC.,**

   *Defendant.*

HONORABLE **LAWRENCE P. ZATKOFF**

CIVIL ACTION NO. **08-11867**

_____

| | |
|---|---|
| MARK A. CANTOR (P32661)<br>PHYLLIS GOLDEN MOREY (P40765)<br>THOMAS W. CUNNINGHAM (P57899)<br>BRIAN C. DOUGHTY (P71652)<br>**BROOKS KUSHMAN P.C.**<br>1000 Town Center — 22nd Floor<br>Southfield, Michigan 48075<br>(248) 358-4400<br><br>*Attorneys for Plaintiff* | R. TERRANCE RADER (P28747)<br>LEIGH C. TAGGART (P63765)<br>DOUGLAS P. LALONE (P45751)<br>**RADER, FISHMAN & GRAUER PLLC**<br>39533 Woodward Avenue, Suite 140<br>Bloomfield Hills, Michigan 48304<br>(248) 594-0600<br><br>CHARLES P. GUARINO, Of Counsel<br>**NICOLL, DAVIS & SPINELLA LLP**<br>95 Route 17 South, Suite 203<br>Paramus, New Jersey 07652<br>(201) 712-1616<br><br>*Attorneys for Defendant* |

# LIVING ESSENTIALS' UNOPPOSED MOTION
# FOR LEAVE TO FILE A SURREPLY ON SUMMARY JUDGMENT



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel (248) 358-4400
Fax (248) 358-3351

www.brookskushman.com

On May 20, 2009, NVE, Inc. ("NVE") filed it Reply Brief in Support of NVE's Motion for Summary Judgment to Cancel Plaintiff's 5 Hour Energy Trademark Registration on the Basis of Fraud.  In its Brief, NVE raised new arguments that Innovation Ventures, LLC ("Living Essentials") believes need to be addressed for the Court to have a full understanding of the issues on summary judgment.

Pursuant to L.R. 7.1, Living Essentials sought concurrence in the relief requested.  The general content of the motion was discussed and NVE's counsel indicated that it would not oppose the motion.

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

By:   /s/ Thomas W. Cunningham
      MARK A. CANTOR (P32661)
      PHYLLIS GOLDEN MOREY (P40765)
      THOMAS W. CUNNINGHAM (P57899)
      BRIAN C. DOUGHTY (P71652)
      1000 Town Center
      Twenty-Second Floor
      Southfield, Michigan  48075
      (248) 358-4400
      Email:  mcantor@brookskushman.com
              pmorey@brookskushman.com
              tcunningham@brookskushman.com
              bdoughty@brookskushman.com

*Attorneys for Plaintiff*

Dated: June 4, 2009

**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel   (248) 358-4400
Fax   (248) 358-3351

www.brookskushman.com

-1-

## CERTIFICATE OF ELECTRONIC SERVICE

      I hereby certify that on <u>June 4, 2009</u> , I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Michigan using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing: Thomas W. Cunningham, Douglas P. LaLone, Marc Lorelli, Phyllis Golden Morey, R. Terrance Rader, Leigh C. Taggart.

      I also certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System: None

**BROOKS KUSHMAN P.C.**

By:   /s/ Thomas W. Cunningham
      THOMAS W. CUNNINGHAM (P57899)
      1000 Town Center
      Twenty-Second Floor
      Southfield, Michigan  48075
      248-358-4400
      tcunningham@brookskushman.com



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel   (248) 358-4400
Fax  (248) 358-3351

www.brookskushman.com