**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**INNOVATION VENTURES, LLC
d/b/a LIVING ESSENTIALS,**
a Michigan limited liability company,

      *Plaintiff*,

vs.

**HONORABLE LAWRENCE P. ZATKOFF**
**MAGISTRATE JUDGE DONALD A. SCHEER**
**CIVIL ACTION NO. 08-11867**

**N.V.E., INC.,**
a New Jersey corporation,

      *Defendant*.

# NOTICE OF APPEAL



Notice is hereby given that plaintiff Innovation Ventures, LLC d/b/a Living Essentials appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment of September 15, 2010 (Dkt. #241) and all underlying orders, including the Opinion and Order of Dkt. #240.

The appeal fee of $455 is being submitted concurrent with the filing of this Notice of Appeal.

                Respectfully submitted,

                **BROOKS KUSHMAN P.C.**

                By: /s/ Mark A. Cantor
                    Mark A. Cantor    (P32661)
                    Marc Lorelli    (P63156)
                    Phyllis Golden Morey    (P40765)
                    1000 Town Center — 22nd Floor
                    Southfield, Michigan  48075
                    Tel:  (248) 358-4400 / Fax: (248) 358-3351
                    mcantor@brookskushman.com

Dated:  October 11, 2010

                *Attorneys for Plaintiff/Counterclaim Defendant*



## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on October 11, 2010 I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court for the Eastern District of Michigan using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing: Mark A. Cantor, Thomas W. Cunningham, Brian C. Doughty, Douglas P. LaLone, Marc Lorelli, Phyllis G. Morey, R. Terrance Rader, Leigh C. Taggart.

I also certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System:  None.

**BROOKS KUSHMAN P.C.**

By: /s/ Mark A. Cantor
     Mark A. Cantor     (P32661)
     Marc Lorelli     (P63156)
     Phyllis Golden Morey     (P40765)
     1000 Town Center — 22nd Floor
     Southfield, Michigan  48075
     Tel:  (248) 358-4400 / Fax: (248) 358-3351
     mcantor@brookskushman.com

*Attorneys for Plaintiff/Counterclaim Defendant*

