UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Innovation Ventures, LLC,

            Plaintiff(s),

v.                                    Case No. 2:08−cv−11867−LPZ −MAR
                                     Hon. Lawrence P Zatkoff

NVE, Incorporated,

           Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        Mr. Jan Horbaly, Clerk
        United States Court of Appeals for the Federal Circuit
        717 Madison Place, N.W.
        Washington, D.C.  20439

and all interested parties, by electronic means or first class U.S. mail, on October 12, 2010.

                                  DAVID J. WEAVER, CLERK OF COURT

                            By: s/ D. Worth
                                Deputy Clerk

Dated:   October 12, 2010