# EXHIBIT 2



**ESQUIRE**

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ117363

| Invoice Date | Terms |
|---|---|
| 12/31/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DOUGLAS LALONE ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140
39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/15/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 105736 | 12/29/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 12/15/2009, KAREN FINOCCHIO | | | |
| ONE CERTIFIED TRANSCRIPT/WORD INDEX (129 Pages) | $ 2.74 | 129.00 | $ 353.46 |
| VIDEO | $ 70.00 | 0.34 | $ 142.80 |
| | | | $ 496.26 |
| Services Provided on 12/15/2009, JACOB JACOBY | | | |
| ONE CERTIFIED TRANSCRIPT/WORD INDEX (82 Pages) | $ 2.74 | 82.00 | $ 224.68 |
| VIDEO | $ 70.00 | 0.33 | $ 138.60 |
| | | | $ 363.28 |
| Services Provided on 12/15/2009, ERLING JENSEN | | | |
| ONE CERTIFIED TRANSCRIPT/WORD INDEX (105 Pages) | $ 2.74 | 105.00 | $ 287.70 |
| VIDEO | $ 70.00 | 0.33 | $ 138.60 |
| | | | $ 426.30 |
| DELIVERY - OTHER | | | $ 8.00 |
| | | | $ 8.00 |

66947-0001

ENTERED DEC 3 1 2009

## CONTINUED ON NEXT PAGE ...

Tax Number: 22-3779684

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ117363
Invoice Date: 12/31/2009
Balance: $ 1,293.84
Due Date: 02/03/2010
Late Date: 02/18/2010
Late Amount: $ 1,423.22

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

069 0000117363 12312009 2 000129384 8 02032010 02182010 6 000142322 98

 ESQUIRE

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## *Invoice # EQ117363*

| Invoice Date | Terms |
|---|---|
| 12/31/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DOUGLAS LALONE ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140
39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/15/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 105736 | 12/29/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| | | | |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,293.84 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 1,293.84** |
| **Payment Due:** | **02/03/2010** |

After 02/18/2010 Pay This Amount: $ 1,423.22

Tax Number: 22-3779684

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ117363
Invoice Date: 12/31/2009
Balance: $ 1,293.84
Due Date: 02/03/2010
Late Date: 02/18/2010
Late Amount: $ 1,423.22

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number                                                Exp. Date

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

069 0000117363 12312009 2 000129384 8 02032010 02182010 6 000142322 98

# KARIN DAINS

28741 Santa Barbara Drive
Lathrup Village, MI 48076
(248) 569-9703 (phone)
(248) 233-4089 (fax)
(248) 914-0666 (cell)
E-mail: kdains@comcast.net
Certified Court Reporter 4656
Nationally Certified Court Transcriber

*66947-0001*

*V# 216187*
*DM # 216188*
*Applied CK#2583*
*1/19/2010*

TO:                                      DATE:      __01/07/10__

        **Dolores J. Tenniswood**
        **Rader, Fishman & Grauer**
        **39533 Woodward Avenue, Suite 140**
        **Bloomfield Hills, MI  48304**
        **(248) 594-0600     FAX:  (248) 594-0610**

Case Name:    Innovation Ventures v. NVE
Case No.:     08-11867
Date(s):      12-22-09
Location:     Detroit/Hon. Donald A. Scheer

---

                    Reporting          $      -0-

                    Transcript(s)      ____502.15____
                                       (83 pages @ $6.05/pg.)
                    *Shipping/          ____4.95____
                    Handling

*ORIGINAL TRANSCRIPT(s):*   __X__
*COPY OF TRANSCRIPT(s):*    ____

            **TOTAL COST:**         $   507.10
            **DEPOSIT PAID:**           550.00
            **REFUND ENCLOSED:**    $    42.90

---

EID:  38-3049903
**OFFICE CODE:  398(INN.110)**

Per your request, the above-entitled transcript is enclosed.
A copy was also e-mailed to you at no additional charge.

                            ENTERED JAN 1 9 2010

            *T H A N K    Y O U !*

 ESQUIRE

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

V# 216474

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ119067

| Invoice Date | Terms |
|---|---|
| 01/11/2010 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | N/A |

DOUGLAS LALONE ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140
39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/18/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 107181 | 01/04/2010 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 12/18/2009, JEFFREY CUTHBERTSON | | | |
| ORIGINAL & 1  CERTIFIED TRANSCRIPT/WORD INDEX (163 Pages) | $ 4.12 | 163.00 | $ 671.56 |
| VIDEO | $ 447.50 | 1.00 | $ 447.50 |
| APPEARANCE FEE HOURLY (3.50 Units) | $ 32.50 | 3.50 | $ 113.75 |
| ROUGH DRAFT | $ 268.95 | 1.00 | $ 268.95 |
| | | | $ 1,501.76 |
| DELIVERY - OTHER | | | $ 8.00 |
| | | | $ 8.00 |

2001-00-000

ENTERED JAN 2 6 2010

| | | |
|---|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,509.76 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 1,509.76** |
| **Payment Due:** | **02/10/2010** |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,*
*CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER*
*SERVICE CHARGES BASED ON JOB OR REGION.  SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.*
*PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*
**We appreciate your business**
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

After 02/25/2010 Pay This Amount:        $ 1,660.74

Tax Number:  22-3779684

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ119067
Invoice Date: 01/11/2010
Balance: $ 1,509.76
Due Date: 02/10/2010
Late Date: 02/25/2010
Late Amount: $ 1,660.74

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜     ⬜⬜⬜⬜
Credit Card Number                                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

**Remit to: Esquire     PO Box 1518,     New York NY 10008-1518**

069  0000119067  01112010  9  000150976  0  02102010  02252010  2  000166074  43

V# 216637

INVOICE #1903

Deborah L. Kremlick
1188 S. Elms Road
Flint, Michigan 48532
(810)635-7084

ORDERED BY:  Douglas LaLone        ORDER DATE: 1-27-10

CASE NUMBER:  08-CV-11867          DELIVERY DATE: 1-28-10

| Case/Date | Per Page | Pages | Amount |
|-----------|----------|-------|--------|
| INNOVATION VENTURES, INC.<br>VERSUS NVE, INC. | $6.05<br>(Daily) | 57 | $344.85 |

MOTION HEARING

January 8, 2010

66947.0001

2001.00.000

ENTERED JAN 3 0 2010

 ESQUIRE

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


# ESQUIRE
an Alexander Gallo Company

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

Y# 215938

## Invoice # EQ116716

| Invoice Date | Terms |
|---|---|
| 12/31/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DOUGLAS LALONE ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140
39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/16/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 107757 | 12/21/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 12/16/2009, STEPHEN LESSEY | | | |
| ONE CERTIFIED TRANSCRIPT/WORD INDEX (24 Pages) | $ 5.93 | 24.00 | $ 142.32 |
| VIDEO | $ 85.00 | 1.00 | $ 85.00 |
| EXPEDITE PORTION OF TRANSCRIPT (23 Pages) | $ 3.19 | 23.00 | $ 73.37 |
| | | | $ 300.69 |
| DELIVERY - OTHER | | | $ 8.00 |
| | | | $ 8.00 |

66947-0001

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*
**We appreciate your business**
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

| Tax: | $ 0.00 |
|---|---|
| Amount Due: | $ 308.69 |
| Paid: | $ 0.00 |

| Balance Due : | $ 308.69 |
|---|---|
| Payment Due: | 01/30/2010 |

ENTERED DEC 3 1 2009

Tax Number: 22-3779684

After 02/14/2010 Pay This Amount: $ 339.56

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ116716
Invoice Date: 12/31/2009
Balance: $ 308.69
Due Date: 01/30/2010
Late Date: 02/14/2010
Late Amount: $ 339.56

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

069 0000116716 12312009 1 000030869 9 01302010 02142010 8 000033956 51


**ESQUIRE**

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

V# 215937

## Invoice # EQ115447

| Invoice Date | Terms |
|---|---|
| 12/28/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DOUGLAS LALONE ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140
39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/08/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 104369 | 12/16/2009 | E-MAIL |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 12/08/2009, EDWARD SNYDER | | | |
| ORIGINAL & 1  CERTIFIED TRANSCRIPT/WORD INDEX (156 Pages) | $ 6.69 | 156.00 | $ 1,043.64 |
| VIDEO | $ 395.00 | 1.00 | $ 395.00 |
| APPEARANCE FEE HOURLY (3 Units) | $ 32.50 | 3.00 | $ 97.50 |
| | | | $ 1,536.14 |
| DELIVERY - OTHER | | | $ 8.00 |
| | | | $ 8.00 |

2001-00-000

ENTERED DEC 3 1 2009

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION.  SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,544.14 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 1,544.14** |
| **Payment Due:** | **01/27/2010** |
| After 02/11/2010 Pay This Amount: | $ 1,698.55 |

Tax Number:  22-3779684

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ115447
Invoice Date: 12/28/2009
Balance: $ 1,544.14
Due Date: 01/27/2010
Late Date: 02/11/2010
Late Amount: $ 1,698.55

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

069  0000115447  12282009  2  000154414  3  01272010  02112010  2  000169855  88

# KARIN DAINS

28741 Santa Barbara Drive
Lathrup Village, MI 48076
(248) 569-9703 (phone)
(248) 233-4089 (fax)
(248) 914-0666 (cell)
E-mail: kdains@comcast.net
Certified Court Reporter 4656
Nationally Certified Court Transcriber

TO:                                     DATE:        <u>01/05/10</u>

**Dolores J. Tenniswood**
**Rader, Fishman & Grauer**
**39533 Woodward Avenue, Suite 140**
**Bloomfield Hills, MI  48304**
**(248) 594-0600          FAX:  (248) 594-0610**

Case Name:    Innovation Ventures v. NVE
Case No.:     08-11867
Date(s):      12-22-09
Location:     Detroit/Hon. Donald A. Scheer

---

The above-entitled matter has been referred to me for
transcription purposes.

To activate this request, please remit a deposit in the amount
of **$550.00** via Federal Express or overnight mail.  It is my
understanding you need the transcript via e-mail by sometime
Thursday, January 7, and my expectation is that it will be
ready to submit to you sometime late tomorrow evening.  Please
note that this is only an estimate of the total cost of the
transcript.  Any overpayment will be sent to you with a hard
copy, or you will be billed for any underpayment.

If you have any questions, please call me directly.

Sincerely,

*Karin Dains*

Karin Dains
Certified Court Transcriber
U.S. District Court
Eastern District of Michigan


**FAXED TRANSMISSION - PAGE 1 OF 1**

Associated Reporting, Inc.
251 East Ohio Street
Suite 940
Indianapolis, IN 46204
(317) 631-0940   Fax (317) 231-6601

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 87767 | 12/08/2009 | 01-54040 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/30/2009 | SULKWE | 2:08-CV-11876 |
| **CASE CAPTION** | | |
| Innovation Ventures vs. N.V.E., INc. | | |
| **TERMS** | | |
| Net 30 | | |

Doug LaLone
Raver Fishman & Graver
39533 Woodward Avenue
Suite 140
Bloomifled, MI 46304

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   J. R. Merlau                                            121.68

                              TOTAL   DUE   >>>>            121.68
                         AFTER 01/07/2010 PAY              127.76
```



2001-00-000
ENTERED DEC 1 6 2009

TAX ID NO.: 35-1636161

*Please detach bottom portion and return with payment.*

Doug LaLone
Raver Fishman & Graver
39533 Woodward Avenue
Suite 140
Bloomifled, MI 46304

```
Invoice No.:  87767
Date      :  12/08/2009
TOTAL DUE :   121.68
AFTER 1/7/2010 PAY :  127.76


Job No.   :  01-54040
Case No.  :  2:08-CV-11876-LPZ-DAS
Innovation Ventures vs. N.V.E., INc
```

Remit To:   **Associated Reporting, Inc.**
            **251 East Ohio Street**
            **Suite 940**
            **Indianapolis, IN 46204**

 ESQUIRE

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



# ESQUIRE
an Alexander Gallo Company

 VA 215050

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ107408

| Invoice Date | Terms |
|---|---|
| 11/30/2009 | NET 30 |

DOUGLAS LALONE ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140
39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | Claim # N/A |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/12/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 94517 | 11/30/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 11/12/2009, BLYTHE SANDERS | | | |
| ORIGINAL & 1  CERTIFIED TRANSCRIPT/WORD INDEX (228 Pages) | $ 4.94 | 228.00 | $ 1,126.32 |
| VIDEO | $ 937.50 | 1 | $ 937.50 |
| APPEARANCE FEE HOURLY | $ 187.50 | 1.00 | $ 187.50 |
| | | | $ 2,251.32 |
| DELIVERY - OTHER | | | $ 16.00 |
| | | | $ 16.00 |

66947-0001

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS,*
*APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING,*
*VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR*
*REGION.  SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.  PLEASE CONTACT*
*YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
Tax Number:  22-3779684

ENTERED    NOV 3 0 2009

| Tax: | $ 0.00 |
|---|---|
| Amount Due: | $ 2,267.32 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 2,267.32** |
| **Payment Due:** | **12/31/2009** |

After 01/15/2010 Pay This Amount:     $ 2,494.05

-------------------------------------------------------

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ107408
Invoice Date: 11/30/2009
Balance: $ 2,267.32
Due Date: 12/31/2009
Late Date: 01/15/2010
Late Amount: $ 2,494.05

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

Exp. Date

☐ Check Enclosed

Daytime Phone Number

**Please Make Check Payable to Esquire**

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

069  0000107408  11302009  0  000226732  4  12312009  01152010  0  000249405  67

 **ESQUIRE**

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

VH-215044

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ107034

| Invoice Date | Terms |
|---|---|
| 11/30/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | Claim # N/A |

DOUGLAS LALONE ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140
39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/11/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 94516 | 11/24/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 11/11/2009, LYLE WIMMER | | | |
| ORIGINAL & 1 CERTIFIED TRANSCRIPT/WORD INDEX (264 Pages) | $ 4.94 | 264.00 | $ 1,304.16 |
| VIDEO | $ 1,087.50 | 1 | $ 1,087.50 |
| APPEARANCE FEE HOURLY | $ 187.50 | 1.00 | $ 187.50 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 2,628.16 |
| DELIVERY - OTHER | | | $ 16.00 |
| | | | $ 16.00 |

(69457-0001)

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 2,644.16 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 2,644.16** |
| **Payment Due:** | **12/30/2009** |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS,
APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING,
VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR
REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT
YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*

We appreciate your business
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*                    ENTERED    NOV 3 0 2009  After 01/14/2010 Pay This Amount:    $ 2,908.58

**Tax Number:  22-3779684**

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ107034
Invoice Date: 11/30/2009
Balance: $ 2,644.16
Due Date: 12/30/2009
Late Date: 01/14/2010
Late Amount: $ 2,908.58

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

Exp. Date

☐ Check Enclosed

Daytime Phone Number

**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

069 0000107034 11302009 8 000264416 7 12302009 01142010 5 000290858 92

 **ESQUIRE**

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**ESQUIRE**
an Alexander Gallo Company

*handwritten: 66947-0001 V#214739*

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ104867

| Invoice Date | Terms |
|---|---|
| 11/19/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | Claim # N/A |



DOUGLAS LALONE ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140
39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/03/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 94513 | 11/18/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 11/03/2009, ALLEN CIPINKO | | | |
| ORIGINAL & 1 CERTIFIED TRANSCRIPT/WORD INDEX (247 Pages) | $ 4.43 | 247.00 | $ 1,094.21 |
| VIDEO | $ 400.00 | 1.00 | $ 400.00 |
| APPEARANCE FEE HOURLY (4 Units) | $ 55.00 | 4.00 | $ 220.00 |
| ROUGH DRAFT | $ 444.60 | 1.00 | $ 444.60 |
| | | | $ 2,158.81 |
| DELIVERY - OTHER | | | $ 8.00 |
| | | | $ 8.00 |

*handwritten: 2001-00-000*

*stamp: ENTERED NOV 3 0 2009*

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 2,166.81 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 2,166.81** |
| **Payment Due:** | **12/19/2009** |
| After 01/03/2010 Pay This Amount: | $ 2,383.49 |

Tax Number: 22-3779684

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ104867
Invoice Date: 11/19/2009
Balance: $ 2,166.81
Due Date: 12/19/2009
Late Date: 01/03/2010
Late Amount: $ 2,383.49

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

Exp. Date

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

069 0000104867 11192009 3 000216681 3 12192009 01032010 7 000238349 34




66947-8001
V# 214388

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com



LEIGH TAGGART ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140
39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

## Invoice # EQ104298

| Invoice Date | Terms |
|---|---|
| 11/17/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | Claim # N/A |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/29/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 91483 | 11/17/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 10/29/2009, KAREN MCLELLAN | | | |
| ORIGINAL & 1  CERTIFIED TRANSCRIPT/WORD INDEX (223 Pages) | $ 3.97 | 223.00 | $ 885.31 |
| EXHIBITS | $ 46.25 | 1.00 | $ 46.25 |
| VIDEO | $ 420.00 | 1.00 | $ 420.00 |
| APPEARANCE FEE HOURLY (4 Units) | $ 32.50 | 4.00 | $ 130.00 |
| ROUGH DRAFT | $ 367.95 | 1.00 | $ 367.95 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 1,898.51 |
| DELIVERY - OTHER | | | $ 16.00 |
| | | | $ 16.00 |

2001-00-000

ENTERED NOV 3 0 2009

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,914.51 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 1,914.51** |
| **Payment Due:** | **12/17/2009** |

After 01/01/2010 Pay This Amount: $ 2,105.96

Tax Number:  22-3779684

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ104298
Invoice Date: 11/17/2009
Balance: $ 1,914.51
Due Date: 12/17/2009
Late Date: 01/01/2010
Late Amount: $ 2,105.96

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

069  0000104298  11172009  5  000191451  3  12172009  01012010  5  000210596  84

 ESQUIRE



ESQUIRE
an Alexander Gallo Company

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ102607

| Invoice Date | Terms |
|---|---|
| 11/11/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

LEIGH TAGGART ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140
39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/27/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 89432 | 11/11/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 10/27/2009, CARLOS BENGOA | | | |
| ORIGINAL & 1  CERTIFIED TRANSCRIPT/WORD INDEX (329 Pages) | $ 3.97 | 329.00 | $ 1,306.13 |
| EXHIBITS | $ 55.80 | 1.00 | $ 55.80 |
| VIDEO | $ 717.50 | 1.00 | $ 717.50 |
| APPEARANCE FEE HOURLY (7.50 Units) | $ 32.50 | 7.50 | $ 243.75 |
| REALTIME FEED (329 Pages) | $ 2.00 | 329.00 | $ 658.00 |
| | | | $ 2,981.18 |
| DELIVERY - OTHER | | | $ 16.00 |
| | | | $ 16.00 |

2001-00-000

ENTERED NOV 3 0 2009

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 2,997.18 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 2,997.18** |
| **Payment Due:** | **12/11/2009** |
| After 12/26/2009 Pay This Amount: | $ 3,296.90 |

Tax Number:  22-3779684

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ102607
Invoice Date: 11/11/2009
Balance: $ 2,997.18
Due Date: 12/11/2009
Late Date: 12/26/2009
Late Amount: $ 3,296.90

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

| | | | | | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

069  0000102607  11112009  6  000299718  2  12112009  12262009  2  000329690  22



**ESQUIRE**

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

# ESQUIRE
an Alexander Gallo Company

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com



## Invoice # EQ91481

| Invoice Date | Terms |
|---|---|
| 10/07/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

LEIGH TAGGART ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140
39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/28/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 83147 | 10/06/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 09/28/2009, SCOTT HENDERSON | | | |
| ORIGINAL & 1  CERTIFIED TRANSCRIPT (239 Pages) | $ 3.97 | 239.00 | $ 948.83 |
| VIDEO | $ 747.50 | 1.00 | $ 747.50 |
| APPEARANCE FEE (8.50 Units) | $ 32.50 | .50 | $ 138.13 |
| APPEARANCE FEE | $ 50.00 | .50 | $ 12.50 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 1,895.96 |
| Services Provided on 09/28/2009, SCOTT HENDERSON | | | |
| ORIGINAL & 1  CERTIFIED TRANSCRIPT (128 Pages) | $ 3.97 | 128.00 | $ 508.16 |
| VIDEO | $ 572.50 | .50 | $ 572.50 |
| APPEARANCE FEE | $ 50.00 | .50 | $ 12.50 |
| APPEARANCE FEE (8.50 Units) | $ 32.50 | .50 | $ 138.13 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 1,280.29 |

66.47-0001
2001-00-000
ENTERED OCT 2 0 2009

## CONTINUED ON NEXT PAGE ...

Tax Number: 22-3779684

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ91481
Invoice Date: 10/07/2009
Balance: $ 3,212.86
Due Date: 11/06/2009
Late Date: 11/21/2009
Late Amount: $ 3,534.15

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

Exp. Date

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

**Remit to: Esquire     PO Box 301518,     New York NY 10008-1518**

069  0000091481  10072009  9  000321286  5  11062009  11212009  7  000353415  77

 ESQUIRE

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


ESQUIRE
an Alexander Gallo Company

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ91481

| Invoice Date | Terms |
|---|---|
| 10/07/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |



LEIGH TAGGART ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140
39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/28/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 83147 | 10/06/2009 | UPS |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|
| DELIVERY - OTHER | | | | $ 36.61 |
| | | | | $ 36.61 |

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 3,212.86 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 3,212.86** |
| **Payment Due:** | **11/06/2009** |

After 11/21/2009 Pay This Amount: $ 3,534.15

Tax Number: 22-3779684

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ91481
Invoice Date: 10/07/2009
Balance: $ 3,212.86
Due Date: 11/06/2009
Late Date: 11/21/2009
Late Amount: $ 3,534.15

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized
_____

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   ☐☐☐☐
Credit Card Number                          Exp. Date

☐ Check Enclosed
**Please Make Check Payable to Esquire**

_____
Daytime Phone Number

_____
Print Name (as it appears on your credit card)

_____
Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire    PO Box 301518,    New York NY 10008-1518

069 0000091481 10072009 9 000321286 5 11062009 11212009 7 000353415 77



**ESQUIRE**

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## *Invoice # EQ85145*

| Invoice Date | Terms |
|---|---|
| 09/17/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

LEIGH TAGGART ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140
39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/10/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 82585 | 09/14/2009 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 09/10/2009, JACQUELYN DEBRULER | |
| COPY OF TRANSCRIPT - VIDEO (44 Pages) | $ 396.88 |
| | $ 396.88 |
| Services Provided on 09/10/2009, GARY FOOTE | |
| COPY OF TRANSCRIPT - VIDEO (18 Pages) | $ 162.36 |
| ETV DISK | $ 49.00 |
| | $ 211.36 |
| Services Provided on 09/10/2009, DOUGLAS MCCREADY | |
| COPY OF TRANSCRIPT - VIDEO (111 Pages) | $ 1,001.22 |
| ETV DISK | $ 49.00 |
| | $ 1,050.22 |
| Services Provided on 09/10/2009, JEREMY SMITH | |
| COPY OF TRANSCRIPT - VIDEO (60 Pages) | $ 541.20 |
| ETV DISK | $ 49.00 |
| | $ 590.20 |

*66947.0001*

*2001-00-000*

ENTE..... OCT 2 0 2009

## *CONTINUED ON NEXT PAGE ...*

Tax Number: 22-3779684

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ85145
Invoice Date: 09/17/2009
Balance: $ 2,248.66
Due Date: 10/17/2009
Late Date: 11/01/2009
Late Amount: $ 2,473.53

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 301518,   New York NY 10008-1518

069 0000085145 09172009 7 000224866 4 10172009 11012009 3 000247353 57



ESQUIRE

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Galio Company

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ85145

| Invoice Date | Terms |
|---|---|
| 09/17/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

LEIGH TAGGART ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140
39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/10/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 82585 | 09/14/2009 | E-MAIL |

| Description | Amount |
|---|---|

*We appreciate your business*
*Attorney is responsible for payment ... ... s incurred*
*Pa.*

| Tax: | $ 0.00 |
|---|---|
| Amount Due: | $ 2,248.66 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 2,248.66** |
| **Payment Due:** | **10/17/2009** |
| After 11/01/2009 Pay This Amount: | $ 2,473.53 |

66947.0001

PAID

1/25/2010

ent

Amount Authorized

Credit Card Number                                      Exp. Date

Daytime Phone Number

Esquire

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 301518,    New York NY 10008-1518

069 0000085145 09172009 7 000224866 4 10172009 11012009 3 000247353 57



 ESQUIRE

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

 ESQUIRE
an Alexander Gallo Company

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ81190

| Invoice Date | Terms |
|---|---|
| 08/31/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

LEIGH TAGGART ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140
39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/12/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 70107 | 08/24/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|

Services Provided on 08/12/2009, ROBERT OCCHIFINTO
ONE COPY OF TRANSCRIPT - MEDICAL TECHNICAL/VIDEO (393 Pages)

| | Price | Qty | Amount |
|---|---|---|---|
| | $ 8.40 | 393.00 | $ 3,301.20 |
| EXHIBITS | $ 95.40 | 1.00 | $ 95.40 |
| REALTIME HOOK UP CHARGE | $ 120.00 | 1.00 | $ 120.00 |
| | | | $ 3,516.60 |

66947-0001

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*LOCATION- PARAMUS, NJ*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 3,516.60 |
| Paid: | $ 0.00 |
| Balance Due | $ 3,516.60 |
| | 10/03/2009 |

2001-00-000

ENTERED SEP 3 0 2009

Y#213147

 **ESQUIRE**

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ81161

| Invoice Date | Terms |
|---|---|
| 08/31/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

LEIGH TAGGART ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140
39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/13/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 70109 | 08/24/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 08/13/2009, ERLING JENSEN | | | |
| COPY OF TRANSCRIPT - VIDEO (259 Pages) | $ 8.20 | 259.00 | $ 2,123.80 |
| EXHIBITS | $ 62.55 | 1.00 | $ 62.55 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| REALTIME HOOK UP CHARGE | $ 120.00 | 1.00 | $ 120.00 |
| | | | $ 2,355.35 |
| | | | |
| _66947-0001_ | | | |
| DELIVERY - OTHER | | | $ 8.00 |
| | | | $ 8.00 |

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*LOCATION- PARAMUS, NJ*

2001-00-000

ENTERED SEP 3 0 2009

Tax Number: 22-3779684

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 2,363.35 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 2,363.35** |
| **Payment Due:** | **10/02/2009** |
| After 10/17/2009 Pay This Amount: | $ 2,599.69 |

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ81161
Invoice Date: 08/31/2009
Balance: $ 2,363.35
Due Date: 10/02/2009
Late Date: 10/17/2009
Late Amount: $ 2,599.69

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

Exp. Date

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 301518,    New York NY 10008-1518**

069 0000081161 08312009 0 000236335 7 10022009 10172009 6 000259969 86

V# 212566

# Hanson/Renaissance
## Court Reporters & Video
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100  Fax 313-567-4362

hansonreporting.com

Job #: 090909JLW
Job Date: 09/09/2009
Order Date: 09/09/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 347846 |
| **Inv.Date:** | 09/15/2009 |
| **Balance:** | $316.16 |

**Bill To:**
Mr. Douglas P. Lalone
Rader, Fishman & Grauer
39533 North Woodward Avenue
Suite 140
Bloomfield Hills, MI 48304

**Action:** Innovation Ventures
*vs*
NVE, Inc

**Action #:** 08-11867

**Rep:** JLW

**Cert:** 3717

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Doug Lemberg | One Mini Copy of Transcript | Pages | 92 | $3.23 | $0.00 | $297.16 |
| 2 | | E-Mailed Transcript | | 1.00 | $10.00 | $0.00 | $10.00 |
| 3 | | United Parcel Service - Ground | Package | 1.00 | $9.00 | $0.00 | $9.00 |

2001-00-000

ENTERED SEP 1 7 2009

**Comments:**

PAGE RATE INCLUDES CHARGE FOR THIRD DAY EXPEDITED DELIVERY.
ORDER SENT 09/14/09.

Thank You.Detroit Videoconferencing.Visa/MasterCard Accepted

| | |
|---|---|
| Sub Total | $316.16 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $316.16 |
| Payment | $0.00 |
| **Balance Due** | $316.16 |

Federal Tax I.D.: 38-2436945    **Terms:** After 45 Days 1.5% Penalty per month

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Douglas P. Lalone
Rader, Fishman & Grauer
39533 North Woodward Avenue
Suite 140
Bloomfield Hills, MI 48304

**Deliver To:**
Mr. Douglas P. Lalone
Rader, Fishman & Grauer
39533 North Woodward Avenue
Suite 140
Bloomfield Hills, MI 48304

# Invoice

# Hanson/Renaissance
## Court Reporters & Video
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100  Fax 313-567-4362

hansonreporting.com

| | |
|---|---|
| **Invoice #:** | 347846 |
| **Inv.Date:** | 09/15/2009 |
| **Balance:** | $316.16 |
| **Job #:** | 090909JLW |
| **Job Date:** | 09/09/2009 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | |





V# 212096

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

ESQUIRE
an Alexander Gallo Company

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ70946

| Invoice Date | Terms |
|---|---|
| 07/30/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DOUGLAS LALONE ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140, 39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/21/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 61842 | 07/30/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Original Transcript of RISE MEGUIAR | | | |
| ORIGINAL & ONE COPY - VIDEO | $ 2,194.74 | 1.00 | $ 2,194.74 |
| EXHIBITS | $ 56.70 | 1.00 | $ 56.70 |
| VIDEO | $ 820.00 | 1.00 | $ 820.00 |
| APPEARANCE FEE (5 Units) | $ 32.50 | 1.00 | $ 162.50 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 3,282.94 |
| DELIVERY - OTHER | | | $ 8.00 |
| | | | $ 8.00 |

2001-00-000

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*LOCATION- GREENVILLE, SC*

ENTERED AUG 3 1 2009

| | Tax: | $ 0.00 |
|---|---|---|
| | Amount Due: | $ 3,290.94 |
| | Paid: | $ 0.00 |
| **Balance Due :** | | **$ 3,290.94** |
| **Payment Due:** | | **08/29/2009** |

After 09/13/2009 Pay This Amount:  $ 3,620.03

Tax Number:  22-3779684

## Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

Company: Esquire - Troy
Invoice Number: EQ70946
Invoice Date: 07/30/2009
Balance: $ 3,290.94
Due Date: 08/29/2009
Late Date: 09/13/2009
Late Amount: $ 3,620.03

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

069  0000070946  07302009  3  000329094  1  08292009  09132009  5  000362003  48

V# 211027

 ESQUIRE

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



# ESQUIRE
an Alexander Gallo Company

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ56447

| Invoice Date | Terms |
|---|---|
| 06/11/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjuster | |
| Claim Number | |

LEIGH TAGGART ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140, 39533 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/28/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 54319 | 06/04/2009 | HAND DELIVERED - JD |

| Description | Amount |
|---|---|
| Original Transcript of LYNN PETERSMARCK | |
| ORIGINAL & ONE TRANSCRIPT | $ 1,229.60 |
| APPEARANCE FEE | $ 211.25 |
| | $ 1,440.85 |
| DELIVERY - OTHER | $ 8.00 |
| | $ 8.00 |

*66947.0001*

*2001.00.000*

OK per RTR.

ENTERED  JUL 2 3 2009

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,448.85 |
| Paid: | $ 0.00 |
| Balance Due : | $ 1,448.85 |
| Payment Due: | 07/11/2009 |
| After 07/26/2009 Pay This Amount: | $ 1,593.74 |

Tax Number: 22-3779684

---

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ56447
Invoice Date: 06/11/2009
Balance: $ 1,448.85
Due Date: 07/11/2009
Late Date: 07/26/2009
Late Amount: $ 1,593.74

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

Exp. Date

☐ Check Enclosed

Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

0b9 0000056447 0b112009 5 000144885 5 07112009 07262009 2 000159374 70

 **ESQUIRE**

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**ESQUIRE**
an Alexander Gallo Company

*66947-0001*
*V# 210324*

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com



LEIGH TAGGART ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140, 39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

## Invoice # EQ59704

| Invoice Date | Terms |
|---|---|
| 06/22/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/15/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 57642 | 06/19/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Original Transcript of MANOJ BHARGAVA, Vol I | | | |
| ORIGINAL & ONE COPY - VIDEO | $ 1,896.66 | 1.00 | $ 1,896.66 |
| VIDEO | $ 760.00 | 1.00 | $ 760.00 |
| APPEARANCE FEE (8 Units) | $ 32.50 | 1.00 | $ 260.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 2,965.66 |
| DELIVERY - OTHER | | | $ 41.34 |
| | | | $ 41.34 |

*2001-00-000*

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

**ENTERED** JUN 3 0 2009

| | Tax: | $ 0.00 |
|---|---|---|
| | Amount Due: | $ 3,007.00 |
| | Paid: | $ 0.00 |
| **Balance Due :** | | **$ 3,007.00** |
| **Payment Due:** | | **07/22/2009** |

After 08/06/2009 Pay This Amount: $ 3,307.70

Tax Number: 22-3779684

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ59704
Invoice Date: 06/22/2009
Balance: $ 3,007.00
Due Date: 07/22/2009
Late Date: 08/06/2009
Late Amount: $ 3,307.70

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire     PO Box 1518,     New York NY 10008-1518**

069  0000059704  06222009 0  000300700  1  07222009  08062009  7  000330770  37

 ESQUIRE

Esquire - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

 ESQUIRE
an Alexander Gallo Company

*66947-0001*
*V# 210323*

Telephone (248) 205-7010
Toll Free (800) 866-5560
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ59375

| Invoice Date | Terms |
|---|---|
| 06/20/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

LEIGH TAGGART ,ESQ.
RADER, FISHMAN & GRAUER, PLLC - BLOOMFIELD HI
SUITE 140, 39553 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/10/2009 | INNOVATION VENTURES, LLC vs. N.V.E., IN | 57641 | 06/15/2009 | HAND DELIVERED - JD |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Original Transcript of SCOTT HENDERSON | | | |
| ORIGINAL & ONE COPY - VIDEO (256 Pages) | $ 6.54 | 1.00 | $ 1,674.24 |
| VIDEO | $ 675.00 | 1.00 | $ 675.00 |
| APPEARANCE FEE (7 Units) | $ 32.50 | 1.00 | $ 227.50 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| ROUGH DISK | $ 422.40 | 1.00 | $ 422.40 |
| | | | $ 3,048.14 |
| DELIVERY - OTHER | | | $ 16.00 |
| | | | $ 16.00 |

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

2001-00-000

| | Tax: | $ 0.00 |
|---|---|---|
| | Amount Due: | $ 3,064.14 |
| | Paid: | $ 0.00 |

| Balance Due : | $ 3,064.14 |
|---|---|
| Payment Due: | 07/20/2009 |

Tax Number: 22-3779684      ENTERED JUN 3 0 2009

After 08/04/2009 Pay This Amount: $ 3,370.55

## Method of Payment

Company: Esquire - Troy
Invoice Number: EQ59375
Invoice Date: 06/20/2009
Balance: $ 3,064.14
Due Date: 07/20/2009
Late Date: 08/04/2009
Late Amount: $ 3,370.55

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number          Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

069 0000059375 06202009 6 000306414 6 07202009 08042009 6 000337055 43