# EXHIBIT 3

# Man Ching Chan

| | |
|---|---|
| From: | Dolores J. Tenniswood |
| Sent: | Friday, October 16, 2009 11:04 AM |
| To: | ACCT - DOMESTIC PAYABLES |
| Subject: | EXPENSE VOUCHER FORM |
| Airfare: | 0 |
| Approved By: | DPL |
| Cab Fare: | 0 |
| Car Rental: | 0 |
| Cellular Calls: | 0 |
| Certified Copies: | 0 |
| Check Amount: | 45 |
| Client: | 66947 |
| Domestic Telephone: | 0 |
| Facsimile: | 0 |
| Federal Express: | 0 |
| Filing Fees: | 0 |
| Foreign Telephone: | 0 |
| Legal Research: | 0 |
| Lodging: | 0 |
| Matter: | 1 |
| Meal/Entertainment: | 0 |
| Mileage ($): | 0 |
| Mileage (Cur): | 0 |
| Mileage (mi.): | 0 |
| Misc.: | Deposition Witness Fee |
| Misc. (Explain): | 45 |
| OtherAmt1: | 0 |
| Parking: | 0 |
| Payable To: | Karen J. Mclellan |
| Photocopies: | 0 |
| Post Date: | None |
| Postage: | 0 |
| TotalCurrency: | 45 |

2001-00-000

ENTERED SEP 3 0 2009

ASAP

Dee J. Tenniswood, IP Paralegal
Rader, Fishman & Grauer PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, Michigan 48304

10/16/2009

****FILE COPY OF CHECK****

**RADER, FISHMAN & GRAUER PLLC**
39533 WOODWARD AVE. #140; BLOOMFIELD HILLS, MI 48304

CHECK DATE: 10/16/09
CHECK NO.: 42098

| REF. # | INV. # | DATE | AMT. PAID | DESCRIPTION | G/L ACCT | G/L AMOUNT |
|---|---|---|---|---|---|---|
| 213283 | Oct 16 2009 | 10-16-2009 | 45.00 | client expense 66947-0001. BH | 200100000 | 45.00 |

| VENDOR ID: KARENJ | NAME: KAREN J. MCLELLAN | | 45.00 | TOTAL CHECK | 10/16/09 |

---

THIS DOCUMENT CONTAINS SECURITY FEATURES - SEE BACK FOR DETAILS

CHECK DATE
10-16-2009

NATIONAL CITY
Ashland, Ohio

**RADER, FISHMAN & GRAUER PLLC**
39533 WOODWARD AVENUE
SUITE 140
BLOOMFIELD HILLS, MI 48304
(248) 594-0600

****FILE COPY OF CHECK****

CHECK NO. 42098

CONTROLLED IDSBURSEMENT ACCT.
CHECK AMOUNT

$************45.00

PAY  FORTY-FIVE AND 00/100 DOLLARS

TO THE ORDER OF   KAREN J. MCLELLAN

**NON-NEGOTIABLE**
VOID AFTER 90 DAYS

## Man Ching Chan

| | |
|---|---|
| From: | Dolores J. Tenniswood |
| Sent: | Wednesday, September 30, 2009 12:40 PM |
| To: | ACCT - DOMESTIC PAYABLES |
| Subject: | EXPENSE VOUCHER FORM |
| Airfare: | 0 |
| Approved By: | LCT |
| Cab Fare: | 0 |
| Car Rental: | 0 |
| Cellular Calls: | 0 |
| Certified Copies: | 0 |
| Check Amount: | 0 |
| Client: | 66947 |
| Domestic Telephone: | 0 |
| Facsimile: | 0 |
| Federal Express: | 0 |
| Filing Fees: | 0 |
| Foreign Telephone: | 0 |
| Legal Research: | 0 |
| Lodging: | 0 |
| Matter: | 0001 |
| Meal/Entertainment: | 0 |
| Mileage ($): | 0 |
| Mileage (Cur): | 0 |
| Mileage (mi.): | 0 |
| Misc.: | Non-Party Deposition witness fee |
| Misc. (Explain): | 0 |
| OtherAmt1: | 0 |
| Parking: | 0 |
| Photocopies: | 0 |
| Post Date: | None |
| Postage: | 0 |
| TotalCurrency: | 0  $44- |

2001.00-000

ENTERED SEP 3 0 2009

I will need four witness checks, each for $44.00, for the non-party depositions of the following.

One for Carlos Bengoa; one for Debbie Richardson; one for Jeffrey Piper; and one for Mui Samantha Lee.

Thank You!

                Dee J. Tenniswood, IP Paralegal

9/30/2009

**RADER, FISHMAN & GRAUER PLLC**  ****FILE COPY OF CHECK****  39533 WOODWARD AVE. #140; BLOOMFIELD HILLS, MI 48304

CHECK DATE: 09/30/09
CHECK NO.: 42016

| REF. # | INV. # | DATE | AMT. PAID | DESCRIPTION | G/L ACCT | G/L AMOUNT |
|---|---|---|---|---|---|---|
| 213007 | Sept 30 2009 a | 09-30-2009 | 44.00 | client expense 66947-0001. BH | 200100000 | 44.00 |

| VENDOR ID: CARBEN | NAME: CARLOS BENGOA | | 44.00 | TOTAL CHECK | 09/30/09 |

---

THIS DOCUMENT CONTAINS SECURITY FEATURES - SEE BACK FOR DETAILS

CHECK DATE
09-30-2009

NATIONAL CITY
Ashland, Ohio

**RADER, FISHMAN & GRAUER PLLC**
39533 WOODWARD AVENUE
SUITE 140
BLOOMFIELD HILLS, MI 48304
(248) 594-0600

****FILE COPY OF CHECK****

CHECK NO. 42016

CONTROLLED IDSBURSEMENT ACCT.
CHECK AMOUNT

$************44.00

PAY  **FORTY-FOUR AND 00/100 DOLLARS**

TO THE ORDER OF    **CARLOS BENGOA**

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

| RADER, FISHMAN & GRAUER PLLC | ****FILE COPY OF CHECK**** | CHECK DATE: 10/19/09 |
|---|---|---|
| | 39533 WOODWARD AVE. #140; BLOOMFIELD HILLS, MI 48304 | CHECK NO.: 42113 |

| REF. # | INV. # | DATE | AMT. PAID | DESCRIPTION | G/L ACCT | G/L AMOUNT |
|---|---|---|---|---|---|---|
| 213353 | Oct. 19, 2009 | 10-19-2009 | 150.00 | Initial Subpoena Service and witness fee for Allen Cipinko of Lightning Wholesale, re: 66947-0001 | 200100000 | 150.00 |

*$145* (handwritten)

| VENDOR ID: CLEVEL | NAME: CLEVELAND SERVICE AGENCY, INC. | 150.00 | TOTAL CHECK | 10/19/09 |

---

THIS DOCUMENT CONTAINS SECURITY FEATURES - SEE BACK FOR DETAILS

CHECK DATE: 10-19-2009

RADER, FISHMAN & GRAUER PLLC
39533 WOODWARD AVENUE
SUITE 140
BLOOMFIELD HILLS, MI 48304
(248) 594-0600

CHECK NO. 42113

NATIONAL CITY
Ashland, Ohio

CONTROLLED IDSBURSEMENT ACCT.
CHECK AMOUNT
$***********150.00

****FILE COPY OF CHECK****

PAY  ONE HUNDRED FIFTY AND 00/100 DOLLARS

TO THE ORDER OF
CLEVELAND SERVICE AGENCY, INC.

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

## Cheryl J. Racklin

| | |
|---|---|
| From: | Dolores J. Tenniswood |
| Sent: | Monday, October 19, 2009 1:06 PM |
| To: | ACCT - DOMESTIC PAYABLES |
| Subject: | EXPENSE VOUCHER FORM |
| Airfare: | 0 |
| Approved By: | DPL |
| Cab Fare: | 0 |
| Car Rental: | 0 |
| Cellular Calls: | 0 |
| Certified Copies: | 0 |
| Check Amount: | 150 |
| Client: | 66947 |
| Domestic Telephone: | 0 |
| Facsimile: | 0 |
| Federal Express: | 0 |
| Filing Fees: | 0 |
| Foreign Telephone: | 0 |
| Legal Research: | 0 |
| Lodging: | 0 |
| Matter: | 0001 |
| Meal/Entertainment: | 0 |
| Mileage ($): | 0 |
| Mileage (Cur): | 0 |
| Mileage (mi.): | 0 |
| Misc.: | Initial Subpoena Service and witness fee for Allen Cipinko of Lightning Wholesale |
| Misc. (Explain): | 150 |
| OtherAmt1: | 0 |
| Parking: | 0 |
| Payable To: | Cleveland Service Agency, Inc. |
| Photocopies: | 0 |
| Post Date: | 10/19/2009 8:00:00 AM |
| Postage: | 0 |
| TotalCurrency: | 150 |

*(handwritten: $105 — $45 —)*

I need the check asap to email a copy to Cleveland Service in order for them to serve the subpoena.

> Dee J. Tenniswood, IP Paralegal
> Rader, Fishman & Grauer PLLC
> 39533 Woodward Ave., Suite 140
> Bloomfield Hills, Michigan 48304

10/19/2009