# EXHIBIT 4

| RADER, FISHMAN & GRAUER PLLC | | ****FILE COPY OF CHECK****<br>39533 WOODWARD AVE. #140; BLOOMFIELD HILLS, MI 48304 | | | CHECK DATE: 10/19/09<br>CHECK NO.: 42113 | |
|---|---|---|---|---|---|---|
| REF. # | INV. # | DATE | AMT. PAID | DESCRIPTION | G/L ACCT | G/L AMOUNT |
| 213353 | Oct. 19, 2009 | 10-19-2009 | 150.00 | Initial Subpoena Service and witness fee for Allen Cipinko of Lightning Wholesale, re: 66947-0001 | 200100000 | 150.00 |
| VENDOR ID: CLEVEL | | NAME: CLEVELAND SERVICE AGENCY, INC. | 150.00 | | TOTAL CHECK | 10/19/09 |

---

THIS DOCUMENT CONTAINS SECURITY FEATURES - SEE BACK FOR DETAILS

CHECK DATE
10-19-2009

NATIONAL CITY
Ashland, Ohio

**RADER, FISHMAN & GRAUER PLLC**
39533 WOODWARD AVENUE
SUITE 140
BLOOMFIELD HILLS, MI 48304
(248) 594-0600

****FILE COPY OF CHECK****

CHECK NO. 42113

CONTROLLED IDSBURSEMENT ACCT.
CHECK AMOUNT

$************150.00

PAY   ONE HUNDRED FIFTY AND 00/100 DOLLARS

TO THE
ORDER
OF

CLEVELAND SERVICE AGENCY, INC.

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

## Cheryl J. Racklin

| | |
|---|---|
| From: | Dolores J. Tenniswood |
| Sent: | Monday, October 19, 2009 1:06 PM |
| To: | ACCT - DOMESTIC PAYABLES |
| Subject: | EXPENSE VOUCHER FORM |
| Airfare: | 0 |
| Approved By: | DPL |
| Cab Fare: | 0 |
| Car Rental: | 0 |
| Cellular Calls: | 0 |
| Certified Copies: | 0 |
| Check Amount: | 150 |
| Client: | 66947 |
| Domestic Telephone: | 0 |
| Facsimile: | 0 |
| Federal Express: | 0 |
| Filing Fees: | 0 |
| Foreign Telephone: | 0 |
| Legal Research: | 0 |
| Lodging: | 0 |
| Matter: | 0001 |
| Meal/Entertainment: | 0 |
| Mileage ($): | 0 |
| Mileage (Cur): | 0 |
| Mileage (mi.): | 0     $105 —          $45 — |
| Misc.: | Initial Subpoena Service and witness fee for Allen Cipinko of Lightning Wholesale |
| Misc. (Explain): | 150 |
| OtherAmt1: | 0 |
| Parking: | 0 |
| Payable To: | Cleveland Service Agency, Inc. |
| Photocopies: | 0 |
| Post Date: | 10/19/2009 8:00:00 AM |
| Postage: | 0 |
| TotalCurrency: | 150 |

I need the check asap to email a copy to Cleveland Service in order for them to serve the subpoena.

                Dee J. Tenniswood, IP Paralegal
                Rader, Fishman & Grauer PLLC
                39533 Woodward Ave., Suite 140
                Bloomfield Hills, Michigan 48304

10/19/2009

V#213233

# Gotcha Now Process Serving

Jill Castillo
1191 Magnolia Ave. Suite D-114
Corona, Ca 92879

Date: 10-12-09

**BILL TO:** Rader, Fishman, & Grauer, PLLC
39533 Woodard Ave. Ste. 104
Bloomfield Hills, Michigan 48304

**INVOICE -**
Due upon receipt

Reference #66947-0001

| Date of Service | Item | Description/Report | | Charges |
|---|---|---|---|---|
| 10-2-2009 | Subpoena | Service of Subpoena for Karen Mclellan; Serve was effective on Mary Jacobs-Agent for Service @ Core-Mark 311 Reed Cir. Corona, Ca. 92879. Same Day Service: Notary Fee: | | 50.00 40.00 15.00 |
| | | 2001-00-000 ENTERED SEP 3 0 2009 | | |
| | | | Total | 105.00 |