**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **INNOVATION VENTURES, LLC, d/b/a LIVING ESSENTIALS,**<br><br>**Plaintiff,**<br>**v.**<br><br>**N.V.E., INC.,**<br><br>**Defendant.** | **Case No. 08-11867-TGB-RSW**<br>**Hon. Terrence G. Berg**<br>**Magistrate Judge R. Steven Whalen** |

# NOTICE REGARDING CORPORATE STRUCTURE OF PLAINTIFF

BK
BROOKS KUSHMAN

Defendant's counsel inquired as to the relationship between the named Plaintiff, Innovation Ventures, LLC, and Living Essentials, LLC, and Living Essentials Marketing, LLC, in view of the age of this case.

In response, Plaintiff states the current corporate structure is as follows:

1. The intellectual property is now owned by International IP Holdings, LLC and is exclusively licensed to Plaintiff, Innovation Ventures, LLC.

2. Living Essentials, LLC is a wholly owned subsidiary of Plaintiff Innovation Ventures, LLC.

3. Living Essentials Marketing, LLC is a d/b/a of International IP Holdings, LLC.

As such, Innovation Ventures, LLC is still the proper plaintiff.

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

Dated: January 28, 2016

/s/ Mark A. Cantor

Mark A. Cantor (P32661)
Marc Lorelli (P63156)
Thomas W. Cunningham (P57899)
Brian C. Doughty (P71652)
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400 / Fax: (248) 358-3351
Email: mcantor@brookskushman.com
mlorelli@brookskushman.com
tcunningham@brookskushman.com
bdoughty@brookskushman.com
*Attorneys for Plaintiff/Counterclaim Defendant*

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on January 28, 2016, I electronically filed the foregoing **NOTICE REGARDING CORPORATE STRUCTURE OF PLAINTIFF** with the Clerk of the Court for the Eastern District of Michigan using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

I also certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System: _______.

**BROOKS KUSHMAN P.C.**

/s/ Mark A. Cantor

Mark A. Cantor (P32661)
Marc Lorelli (P63156)
Thomas W. Cunningham (P57899)
Brian C. Doughty (P71652)
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400 / Fax: (248) 358-3351
Email: mcantor@brookskushman.com
mlorelli@brookskushman.com
tcunningham@brookskushman.com
bdoughty@brookskushman.com

*Attorneys for Plaintiff/Counterclaim Defendant*