**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**INNOVATION VENTURES, LLC, d/b/a LIVING ESSENTIALS,**

**Plaintiff,**

**v.**

**N.V.E., INC.,**

**Defendant.**

**Case No. 08-11867-TGB-RSW**
**Hon. Terrence G. Berg**
**Magistrate Judge R. Steven Whalen**

# REQUEST FOR SEQUESTRATION PURSUANT TO FEDERAL RULE OF EVIDENCE 615

BK BROOKS KUSHMAN

Plaintiff Innovation Ventures, LLC requests, pursuant to Federal Rule of Evidence 615, that the Court order fact witnesses be excluded so that they cannot hear other witnesses' testimony at trial. Also, this sequestration should apply to any transcripts of other witnesses' testimony as Defendants have ordered daily copy.

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

Dated: February 1, 2016

/s/ Marc Lorelli

Mark A. Cantor (P32661)
Marc Lorelli (P63156)
Thomas W. Cunningham (P57899)
Brian C. Doughty (P71652)
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400 / Fax: (248) 358-3351
Email: mcantor@brookskushman.com
mlorelli@brookskushman.com
tcunningham@brookskushman.com
bdoughty@brookskushman.com

*Attorneys for Plaintiff/Counterclaim Defendant*

BROOKS KUSHMAN

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on February 1, 2016, I electronically filed the foregoing REQUEST FOR SEQUESTRATION PURSUANT TO FEDERAL RULE OF EVIDENCE 615 with the Clerk of the Court for the Eastern District of Michigan using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

I also certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System: _______.

**BROOKS KUSHMAN P.C.**

/s/ Marc Lorelli

Mark A. Cantor (P32661)
Marc Lorelli (P63156)
Thomas W. Cunningham (P57899)
Brian C. Doughty (P71652)
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400 / Fax: (248) 358-3351
Email: mcantor@brookskushman.com
mlorelli@brookskushman.com
tcunningham@brookskushman.com
bdoughty@brookskushman.com

*Attorneys for Plaintiff/Counterclaim Defendant*