UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**INNOVATION VENTURES, LLC, d/b/a LIVING ESSENTIALS,**

**Plaintiff,**

**v.**

**N.V.E., INC.,**

**Defendant.**

**Case No. 08-11867-TGB-RSW**
**Hon. Terrence G. Berg**
**Magistrate Judge R. Steven Whalen**

# SUBMISSION OF WITNESS PROOFS

BK
BROOKS KUSHMAN

# I. CARL SPERBER

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 1 Hour 30 Minutes | No info from NVE | |

A. LE EXHIBITS — NVE OBJECTIONS

| LE EXHIBITS | NVE OBJECTIONS |
|---|---|
| **1.** PX 102 | |
| **2.** PX 103 | |
| **3.** PX 104 | |
| **4.** PX 111 | |
| **5.** PX 475 | |
| **6.** PX 493 | |
| **7.** PX 494 | |
| **8.** PX 107 | |
| **9.** PX 108 | |
| **10.** PX 109 | |
| **11.** PX 114 | |
| **12.** PX 193 | 802 |
| **13.** PX 465 | |
| **14.** PX 116 | |
| **15.** PX 120 | |
| **16.** PX 121 | |



BK BROOKS KUSHMAN

| | | |
|---|---|---|
| **17.** | PX 134 | |
| **18.** | PX 144 | |
| **19.** | PX 145 | |
| **20.** | PX 146 | |
| **21.** | PX 151 | 401,403, 802, 901 |
| **22.** | PX 152 | 401,403, 802, 901 |
| **23.** | PX 153 | 401,403, 802, 901 |
| **24.** | PX 154 | 401,403, 802, 901 |
| **25.** | PX 192 | 403, 401, 802 |
| **26.** | PX 110 | |
| **27.** | PX 230 | |
| **28.** | PX 231 | |
| **29.** | PX 537 | |
| **30.** | PX 245 | |
| **31.** | PX 251 | |
| **32.** | PX 235 | |
| **33.** | PX 536 | |
| **34.** | PX 239 | |
| **35.** | PX 497 | |
| **36.** | PX 240 | |
| **37.** | PX 241 | |



BK BROOKS KUSHMAN

| | | |
|---|---|---|
| **38.** | PX 242 | |
| **39.** | PX 243 | |
| **40.** | PX 261 | |
| **41.** | PX 326 | |
| **42.** | PX 465 | |
| **43.** | PX 490 | 802, 401 |

B. NVE EXHIBITS LE OBJECTIONS

**1.** ______

**2.** ______



BK BROOKS KUSHMAN

## II. RISE MEGUIAR

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 1 Hour | No info from NVE | |

| A. LE EXHIBITS | NVE OBJECTIONS |
|---|---|
| **1.** PX 104 | |
| **2.** PX 200 | |
| **3.** PX 473 | |
| **4.** PX 201 | 901 |
| **5.** PX 284 | |
| **6.** PX 291 | |
| **7.** PX 472 | |
| **8.** PX 535 | |
| **9.** PX 262 | |
| **10.** PX 263 | |
| **11.** PX 264 | |
| **12.** PX 162 | |
| **13.** PX 370 | |



BK
BROOKS KUSHMAN

| B. NVE EXHIBITS | LE OBJECTIONS |
| --- | --- |
| **1.** ________ | |
| **2.** ________ | |



BK BROOKS KUSHMAN

## III. Manoj Bhargava

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 45 Minutes | No info from NVE | |

A. LE EXHIBITS — NVE OBJECTIONS

**1.** PX 101

**2.** PX 251

B. NVE EXHIBITS — LE OBJECTIONS

**1.** ________

**2.** ________



BK BROOKS KUSHMAN

## IV. Howard Marylander

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 30 Minutes | No info from NVE | |

A. LE EXHIBITS NVE OBJECTIONS

1. PX 324
2. Demonstratives

B. NVE EXHIBITS LE OBJECTIONS

1. ________
2. ________

## V. Greg Carpenter

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 30 Minutes | No info from NVE | |

A. LE EXHIBITS — NVE OBJECTIONS

1. Demonstratives

B. NVE EXHIBITS — LE OBJECTIONS

1. ________
2. ________



BK BROOKS KUSHMAN

## VI. Lynn Petersmarck

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 1 Hour 15 Minutes | No info from NVE | |

A. LE EXHIBITS NVE OBJECTIONS

1. PX 107
2. PX 531
3. PX 532
4. PX 119
5. PX 140
6. PX 141

8. PX 471

B. NVE EXHIBITS LE OBJECTIONS

1. ________
2. ________



BK BROOKS KUSHMAN

## VII. Alvin Schwapp

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 40 Minutes | TOTAL | |

A. LE EXHIBITS

1. PX 144
2. PX 145
3. PX 146
4. PX 147
5. PX 148

B. NVE EXHIBITS LE OBJECTIONS

1. ________
2. ________
3.



BK BROOKS KUSHMAN

## VIII. Scott Henderson

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 1 Hour | No info from NVE | |

A. LE EXHIBITS NVE OBJECTIONS

1. PX 268-279, 330
2. PX 246
3. PX 247
4. PX 537
5. PX 245
6. PX 251
7. PX 235
8. PX 536
9. PX 236
10. PX 167
11. PX 168
12. PX 172
13. PX 173
14. PX 174
15. PX 164



BK BROOKS KUSHMAN

| | | |
|---|---|---|
| **16.** | PX 165 | |
| **17.** | PX 166 | |
| **18.** | PX 531 | |
| **19.** | PX 532 | |
| **20.** | PX 119 | |
| **21.** | PX 141 | |
| **22.** | PX 123 | 401, 802 |
| **23.** | PX 195 | 401, 802 |
| **24.** | PX 141 | |
| **25.** | PX 471 | |
| **26.** | PX 251 | |
| **27.** | PX 254 | |
| **28.** | PX 259 | |

B. NVE EXHIBITS LE OBJECTIONS

**1.** ________

**2.** ________



BK BROOKS KUSHMAN

## IX. Kyle Litz

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 33 Minutes | TOTAL | |

A. LE EXHIBITS

1. PX 155
2. PX 157 — 901
3. PX 158

B. NVE EXHIBITS — LE OBJECTIONS

1. ________
2. ________



BK BROOKS KUSHMAN

## X. Jesus Palmeroni

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 57 Minutes | TOTAL | |

A. LE EXHIBITS

1. PX 175

B. NVE EXHIBITS LE OBJECTIONS

1. ________

2. ________



BK BROOKS KUSHMAN

## XI. Brandon Bohland

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 1 Hour | No info from NVE | |

A. LE EXHIBITS — NVE OBJECTIONS

**1.** PX 139

**2.** PX 198

**3.** PX 432

**4.** PX 476

**5.** PX 490 — 401, 802

**6.** PX 508 — 401, 901

**7.** PX 163

**8.** PX 432

**9.** PX 533 — Untimely

**10.** PX 371

**11.** PX 372 — 401, 403, 802

**12.** PX 512 — 401, 901, not previously produced

B. NVE EXHIBITS — LE OBJECTIONS

**1.** ________

**2.** ________



BK BROOKS KUSHMAN

## XII. Tiffani Kistle

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 8 Minutes | TOTAL | |

A. LE EXHIBITS

**1.** PX 396

B. NVE EXHIBITS LE OBJECTIONS

**1.** ________

**2.** ________



BROOKS KUSHMAN

## XIII. Dan Sarel

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 30 Minutes | No info from NVE | |

A. LE EXHIBITS — NVE OBJECTIONS

| LE EXHIBITS | NVE OBJECTIONS |
|---|---|
| **1.** PX 292 | |
| **2.** PX 136 | 401, 403 |
| **3.** PX 137 | 401, 403 |
| **4.** Demonstratives | |

B. NVE EXHIBITS — LE OBJECTIONS

**1.** ________

**2.** ________

## XIV. Rodney Crawford

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 45 Minutes | No info from NVE | |

A. LE EXHIBITS — NVE OBJECTIONS

1. PX 297
2. PX 307
3. PX 308
4. PX 309
5. PX 310
6. PX 320
7. PX 321
8. PX 322
9. Demonstratives

B. NVE EXHIBITS — LE OBJECTIONS

1. ________
2. ________



BK
BROOKS KUSHMAN

Respectfully submitted

**BROOKS KUSHMAN P.C.**

/s/ Marc Lorelli

Mark A. Cantor (P32661)
Marc Lorelli (P63156)
Thomas W. Cunningham (P57899)
Brian C. Doughty (P71652)
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400 / Fax: (248) 358-3351
Email: mcantor@brookskushman.com
mlorelli@brookskushman.co
tcunningham@brookskushman.com
bdoughty@brookskushman.com

*Attorneys for Plaintiff/Counterclaim Defendant*



BK BROOKS KUSHMAN

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on February 1, 2016, I electronically filed the foregoing **SUBMISSION OF WITNESS PROOFS** with the Clerk of the Court for the Eastern District of Michigan using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

I also certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System: **NONE**.

**BROOKS KUSHMAN P.C.**

/s/ Marc Lorelli
Mark A. Cantor (P32661)
Marc Lorelli (P63156)
Thomas W. Cunningham (P57899)
Brian C. Doughty (P71652)
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400 / Fax: (248) 358-3351
Email: mcantor@brookskushman.com
mlorelli@brookskushman.co
tcunningham@brookskushman.com
bdoughty@brookskushman.com

*Attorneys for Plaintiff/Counterclaim Defendant*