**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **INNOVATION VENTURES, LLC, d/b/a LIVING ESSENTIALS,**<br><br>**Plaintiff,**<br>**v.**<br><br>**N.V.E., INC.,**<br><br>**Defendant.** | **Case No. 08-11867-TGB-RSW**<br>**Hon. Terrence G. Berg**<br>**Magistrate Judge R. Steven Whalen** |

**NVE'S OBJECTIONS TO**
**LIVING ESSNTIALS' WITNESS TESTIMONY**

NVE, Inc. objects to the following portions of the witness deposition testimony offered by Living Essentials.

| Transcript Page:Line(s) | Tiffani Kistle, 10/13/09 (*Innovation Ventures v. N.V.E., Inc.*) |
|---|---|
| N/A | No objections. |

| Transcript Page:Line(s) | Kyle Litz, 10/09/09 (*Innovation Ventures v. N.V.E., Inc.*) |
|---|---|
| N/A | No objections. |

| Transcript Page:Line(s) | Alvin Schwapp, 10/08/09 (*Innovation Ventures v. N.V.E., Inc.*) |
|---|---|
| 15:11-25 | Colloquy between counsel about deposition mechanics and objections which is irrelevant, wasteful of the jury's time, and potentially confusing to the jury. |
| 23:5-9, 17-19 | Slip of tongue evidence excluded by February 27, 2015 Order. |
| 28:8 – 31:18 | Extended line of questioning by NVE counsel about distinction between cable and non-cable channels that are not being asserted as a basis to challenge witness' trial testimony and are irrelevant, wasteful of the jury's time, and potentially confusing. FRE 401, 403. |

| Transcript Page:Line(s) | Jesus Palmeroni, 12/16/09 (*Innovation Ventures v. N.V.E., Inc.*) |
|---|---|
| 29:20 – 33:11 | Irrelevant testimony regarding sexual harassment and internal conditions/work styles at NVE that do not relate to either parties' claims. |
| 36:2 – 38:15 | Irrelevant testimony regarding sexual harassment and internal conditions/work styles at NVE that do not relate to either parties' claims. |
| 38:22 – 40:8 | Irrelevant testimony regarding sexual harassment and internal conditions/work styles at NVE that do not relate to either parties' claims. |

| | |
|---|---|
| 78:25 – 79:4 | Irrelevant testimony regarding sexual harassment and internal conditions/work styles at NVE that do not relate to either parties' claims. |
| **78:17-24* | *NVE's own counter-designations. See note below.* |
| **79:5-18* | *NVE's own counter-designations. See note below.* |
| 79:19 – 80:21 | Irrelevant testimony regarding sexual harassment and internal conditions/work styles at NVE that do not relate to either parties' claims. |
| **81:11-13* | *NVE's own counter-designations. See note below.* |
| 81:14 – 82:25 | Irrelevant testimony regarding sexual harassment and internal conditions/work styles at NVE that do not relate to either parties' claims. |
| **85:11 –86:1* | *NVE's own counter-designations. See note below.* |

**These are conditional objections of NVE's own counter-objections of irrelevant testimony regarding sexual harassment and internal conditions/work styles at NVE that do not relate to either parties' claims. NVE agrees to withdraw these counter-designations if the corresponding LE designations objected to by NVE are withdrawn by LE, or if NVE's objections are sustained by the Court.*

Dated: February 1, 2016

Respectfully submitted,

NICOLL DAVIS & SPINELLA LLP

Anthony J. Davis
95 Route 17 South
Suite 316
Paramus, NJ 07652
(201) 712-1616
ADavis@ndslaw.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP

*/s/ Leigh C. Taggart*
Leigh C. Taggart (P63765)
Emily J. Tait (P74708)
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304-5151
(248) 566-8496
ltaggart@honigman.com
etait@honigman.com
*Attorneys for Defendant/Counterclaim Plaintiff N.V.E., Inc.*