**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **INNOVATION VENTURES, LLC, d/b/a LIVING ESSENTIALS,**<br><br>**Plaintiff,**<br>**v.**<br><br>**N.V.E., INC.,**<br><br>**Defendant.** | **Case No. 08-11867-TGB-RSW**<br>**Hon. Terrence G. Berg**<br>**Magistrate Judge R. Steven Whalen** |

# REVISED SUBMISSION OF WITNESS PROOFS

BK
BROOKS KUSHMAN

# I. CARL SPERBER

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 1 Hour 30 Minutes | 45 Minutes | 5 min |

| A. LE EXHIBITS | NVE OBJECTIONS |
|---|---|
| 1. PX 102 | |
| 2. PX 103 | |
| 3. PX 104 | |
| 4. PX 111 | (401, law of the case) |
| 5. PX 475 | |
| 6. PX 493 | |
| 7. PX 494 | |
| 8. PX 107 | |
| 9. PX 108 | |
| 10. PX 109 | |
| 11. PX 114 | |
| 12. PX 193 | 802 |
| 13. PX 465 | |
| 14. PX 116 | |
| 15. PX 120 | |
| 16. PX 121 | |
| 17. PX 134 | |

| | | |
|---|---|---|
| **18.** | PX 144 | |
| **19.** | PX 145 | |
| **20.** | PX 146 | |
| **21.** | PX 151 | 401, 403, 802 and 901 |
| **22.** | PX 152 | 401, 403, 802 and 901 |
| **23.** | PX 153 | 401, 403, 802 and 901 |
| **24.** | PX 154 | 401, 403, 802 and 901 |
| **25.** | PX 192 | ~~403, 401 and 802~~ |
| **26.** | PX 110 | |
| **27.** | PX 230 | |
| **28.** | PX 231 | |
| **29.** | PX 537 | |
| **30.** | PX 245 | |
| **31.** | PX 251 | |
| **32.** | PX 235 | |
| **33.** | PX 536 | |
| **34.** | PX 239 | |
| **35.** | PX 497 | |
| **36.** | PX 240 | |
| **37.** | PX 241 | |
| **38.** | PX 242 | |
| **39.** | PX 243 | |

| | | | |
|---|---|---|---|
| **40.** | PX 261 | | |
| **41.** | PX 326 | "Bicycle Retailer 4.3.07.pdf" won't open | |
| **42.** | PX 465 | | |
| **43.** | PX 490 | | 802, 401 |

B. NVE EXHIBITS LE OBJECTIONS

## II. RISE MEGUIAR

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 1 Hour | 45 Minutes | 5 min |

| A. LE EXHIBITS | NVE OBJECTIONS |
|---|---|
| **1.** PX 104 | |
| **2.** PX 200 | |
| **3.** PX 473 | |
| **4.** PX 201 | 901 |
| **5.** PX 284 | |
| **6.** PX 291 | |
| **7.** PX 472 | |
| **8.** PX 535 | |
| **9.** PX 262 | |
| **10.** PX 263 | |
| **11.** PX 264 | |
| **12.** PX 162 | |
| **13.** PX 370 | |



BK BROOKS KUSHMAN

B. NVE EXHIBITS LE OBJECTIONS



BK BROOKS KUSHMAN

## III. Manoj Bhargava

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 45 Minutes | 45 Minutes | 5 min |

A. LE EXHIBITS NVE OBJECTIONS

**1.** PX 101

B. NVE EXHIBITS LE OBJECTIONS



BK BROOKS KUSHMAN

## IV. Howard Marylander

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 30 Minutes | 20 Minutes | 5 min |

A. LE EXHIBITS NVE OBJECTIONS

**1.** PX 324

**2.** Demonstratives

B. NVE EXHIBITS LE OBJECTIONS

## V. Greg Carpenter

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 30 Minutes | 30 Minutes | 5 min |

A. LE EXHIBITS — NVE OBJECTIONS

**1.** Demonstratives

B. NVE EXHIBITS — LE OBJECTIONS



BK BROOKS KUSHMAN

## VI. Lynn Petersmarck

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| **1 Hour 15 Minutes** | **1 Hour** | **5 min** |

A. LE EXHIBITS NVE OBJECTIONS

**1.** PX 107

**2.** PX 531

**3.** PX 532

**4.** PX 119

**5.** PX 140

**6.** PX 141

**8.** PX 471

B. NVE EXHIBITS LE OBJECTIONS

## VII. Alvin Schwapp

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 40 Minutes | TOTAL | |

A. LE EXHIBITS

**1.** PX 144

**2.** PX 145

**3.** PX 146

**4.** PX 147

**5.** PX 148

B. NVE EXHIBITS LE OBJECTIONS

## VIII. Scott Henderson

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 1 Hour | 45 Minutes | 5 min |

| A. LE EXHIBITS | | NVE OBJECTIONS |
|---|---|---|
| **1.** | PX 268-279, 330 | Part of PX274 won't open |
| **2.** | PX 246 | |
| **3.** | PX 247 | |
| **4.** | PX 537 | |
| **5.** | PX 245 | |
| **6.** | PX 251 | |
| **7.** | PX 235 | |
| **8.** | PX 536 | |
| **9.** | PX 236 | |
| **10.** | PX 167 | 401, 403 |
| **11.** | PX 168 | 401, 403 |
| **12.** | PX 172 | 401, 403 |
| **13.** | PX 173 | 401, 403 |
| **14.** | PX 174 | 401, 403 |
| **15.** | PX 164 | |
| **16.** | PX 165 | 408 |

| | | |
|---|---|---|
| **17.** | PX 166 | |
| **18.** | PX 531 | |
| **19.** | PX 532 | |
| **20.** | PX 119 | |
| **21.** | PX 141 | |
| **22.** | PX 123 | 401, 802 |
| **23.** | PX 195 | 401, 802 |
| **24.** | PX 141 | |
| **25.** | PX 471 | |

B. NVE EXHIBITS LE OBJECTIONS

## IX. Kyle Litz

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 33 Minutes | TOTAL | |

A. LE EXHIBITS

1. PX 155
2. PX 157 — 901
3. PX 158

B. NVE EXHIBITS — LE OBJECTIONS



BK BROOKS KUSHMAN

## X. Jesus Palmeroni

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 57 Minutes | TOTAL | |

A. LE EXHIBITS

**1.** PX 175

B. NVE EXHIBITS LE OBJECTIONS



BK BROOKS KUSHMAN

## XI. Brandon Bohland

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 1 Hour | 1 Hour | 5 min |

A. LE EXHIBITS — NVE OBJECTIONS

| | | |
|---|---|---|
| **1.** | PX 139 | |
| **2.** | PX 198 | |
| **3.** | PX 432 | |
| **4.** | PX 476 | |
| **5.** | PX 490 | 401, 802 |
| **6.** | PX 508 | 401, 901 |
| **7.** | PX 163 | |
| **8.** | PX 432 | |
| **9.** | PX 533 | 901 |
| **10.** | PX 371 | |
| **11.** | PX 372 | 401, 403, 802 |
| **12.** | PX 512 | 401, 901 |

B. NVE EXHIBITS — LE OBJECTIONS



BK BROOKS KUSHMAN

## XII. Tiffani Kistle

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 8 Minutes | TOTAL | |

A. LE EXHIBITS

1. PX 396

B. NVE EXHIBITS LE OBJECTIONS



BK BROOKS KUSHMAN

## XIII. Dan Sarel

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 30 Minutes | 1 Hour | 5 min |

| A. | LE EXHIBITS | NVE OBJECTIONS |
|---|---|---|
| 1. | PX 292 | |
| 2. | PX 136 | 401, 403 |
| 3. | PX 137 | 401, 403 |
| 4. | Demonstratives | |

| B. | NVE EXHIBITS | LE OBJECTIONS |
|---|---|---|



BK BROOKS KUSHMAN

## XIV. Rodney Crawford

| Direct Examination | Cross Examination | Redirect Examination |
|---|---|---|
| 45 Minutes | 45 Minutes | 5 min |

A. LE EXHIBITS NVE OBJECTIONS

1. PX 297
2. PX 307
3. PX 308
4. PX 309
5. PX 310
6. PX 320
7. PX 321
8. PX 322
9. Demonstratives

B. NVE EXHIBITS LE OBJECTIONS



BK BROOKS KUSHMAN

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

/s/ Marc Lorelli
Mark A. Cantor (P32661)
Marc Lorelli (P63156)
Thomas W. Cunningham (P57899)
Brian C. Doughty (P71652)
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400 / Fax: (248) 358-3351
Email: mcantor@brookskushman.com
mlorelli@brookskushman.co
tcunningham@brookskushman.com
bdoughty@brookskushman.com

*Attorneys for Plaintiff/Counterclaim Defendant*

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on February 1, 2016, I electronically filed the foregoing **REVISED SUBMISSION OF WITNESS PROOFS** with the Clerk of the Court for the Eastern District of Michigan using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

I also certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System: **NONE**.

**BROOKS KUSHMAN P.C.**

/s/ Marc Lorelli
Mark A. Cantor (P32661)
Marc Lorelli (P63156)
Thomas W. Cunningham (P57899)
Brian C. Doughty (P71652)
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400 / Fax: (248) 358-3351
Email: mcantor@brookskushman.com
mlorelli@brookskushman.com
tcunningham@brookskushman.com
bdoughty@brookskushman.com

*Attorneys for Plaintiff/Counterclaim Defendant*