# Attachment D

# NVE's Remaining Objections to Living Essentials' Trial Exhibit List

| Exhibit | Objection(s) |
|---|---|
| PX111 | Law of the Case, 401, 403 |
| PX151 | 401, 403, 802, 901 |
| PX152 | 401, 403, 802, 901 |
| PX153 | 401, 403, 802, 901 |
| PX154 | 401, 403, 802, 901 |
| PX157 | 901 |
| PX306 | Cut off at top |
| PX328 | 401, 403, 802 |
| PX349 | 401, 802 |
| PX492 | 802, 901 |
| PX194 | 802 |
| PX192 | 401, 403, 802 |
| PX303 | 401, 403, 802 |
| PX196 | 802 and contains article re: IP law which invades the Court's right to instruct the jury |
| PX161 | 401, 403, 802, 901 |
| PX138 | 401, 403, 802 |
| PX372 | 401, 403, 802 |
| PX136 | 401, 403 |
| PX137 | 401, 403 |
| PX508 | 401, 901, not previously produced |
| PX512 | 401, 901, not previously produced |
| PX527 | 401, 802 |
| PX193 | 802 |
| PX490 | 401, 802 |
| PX195 | 401, 802 |
| PX125 | 401,802 |
| PX124 | 401, 802 |
| PX486 | No opportunity to cross |
| PX487 | No opportunity to cross |
| PX123 | 401, 802 |
| PX489 | No opportunity to cross |
| PX274 | One or more items in this collection cannot be opened. |
| PX201 | 901, addressed in motions. |
| PX439 | Incomplete. |
| PX455 | Deposition Transcript where Litz-2 Exhibit was "not identified" and Litz-5 is fuzzy and not marked either |
| PX456 | • P-47: Law of Case, 401, 403, 802, 901, 902<br>• P-48: Law of Case 401, 403, 901, 902<br>• P-49: Law of Case 401, 403, 901, 902<br>• P-50: Law of Case 401, 403, 901, 902<br>• P-72: 901<br>• P-77: 401<br>• P-78: LE Attorney highlighting<br>• P-79: LE Attorney highlighting and margin notes, 1003 |
| PX457 | • P-165: 401, 403, 802, and 901 |
| PX458 | • P-20: 901<br>• NVE-34: 401, 403, 802 |
| PX 460 | • P-123: Attorney highlighting<br>• P-124: Attorney highlighting |

| | |
|---|---|
| | • P-125: Attorney highlighting and margin notes<br>• P-126: Attorney highlighting<br>• P-127: Attorney highlighting<br>• P-128: Attorney highlighting<br>• P-129: Attorney highlighting<br>• P-131: Attorney highlighting<br>• P-132: Attorney highlighting and margin notes, 1003<br>• P-133: Attorney highlighting and margin notes, 1003<br>• P-134: Attorney highlighting and margin notes, 1003<br>• P-136: Attorney highlighting and margin notes, 1003<br>• P-137: 901, 1001<br>• P-138: Attorney highlighting and margin notes, 1003<br>• P-139: Attorney highlighting and margin notes, 1003<br>• P-140: Attorney highlighting<br>• P-141: Attorney highlighting and margin notes, 1003<br>• P-143: Attorney highlighting and margin notes, 1003<br>• P-144: Attorney highlighting and margin notes, 1003<br>• P-145: Attorney highlighting and margin notes, 1003<br>• P-146: 401, 403, 802, 901, 1001, 1003<br>• P-147: Attorney highlighting and margin notes, 1003 |
| PX533 | 901, Untimely |
| PX165 | 408 |
| PX167 | 401, 403 |
| PX168 | 401, 403 |
| PX169 | 401, 403 |
| PX170 | 401, 403, 802, 901 |
| PX171 | 401, 403 |
| PX172 | 401, 403 |
| PX173 | 401, 403 |
| PX174 | 401, 403 |
| PX360 | 401, 403 |
| PX361 | 401, 403 |
| PX499 | 401, 403 |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1000** | 5-Hour Energy Product Information Photographs | LENVE00001, including LENVE.001 - LENVE.041 | Various | | | |
| **1001** | Notice of Opposition. ESTTA Tracking Number: ESTTA218376 | LENVE000002 - LENVE000015 | 6/17/2008 | | | |
| **1002** | Trademark/Service Mark Amendment to Allege Use (15 U.S.C. Section 1051 (c)) with Response to Office Action | LENVE000024 - LENVE000029 | 7/19/2005 | | | |
| **1003** | 5-Hour Energy Advertising | LENVE000093 | 12/31/2005 | | | |
| **1004** | Press release relating to 5-Hour Energy | LENVE000283 | 2/18/2008 | | | |
| **1005** | 5-Hour Energy Set to Rev up Category | LENVE000294 | 1/18/2005 | | | |
| **1006** | Living Essentials (Chaser) Item Rank Report - Total Nutritional Supplements - Total US -CTMM Expansion | LENVE000314 - LENVE000319 | 9/8/2007 | | | |
| **1007** | INTENTIONALLY BLANK | | | | | |
| **1008** | Email from LE re: Pilot | LENVE000352 | 9/9/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1009** | Email from LE re: Pricing - Checking on you | LENVE000353 - LENVE000354 | 8/11/2008 | | | |
| **1010** | Email from LE re: Pricing | LENVE000355 | 8/4/2008 | | | |
| **1011** | Email from LE re: Revised energy rack | LENVE000357 - LENVE000358 | 6/24/2008 | | | |
| **1012** | Email from Wimmer re: Speedway | LENVE000365 | 8/28/2008 | | | |
| **1013** | Email from LE re: 5 Hour Distribution Form | LENVE000377 - LENVE000379 | 6/24/2008 | | | |
| **1014** | Email from LE re: Helping CVS close the gap with Walgreens | LENVE000384 - LENVE000387 | 7/22/2008 | | | |
| **1015** | Email from LE re: Ad for June re: 6 hour energy | LENVE002398 - LENVE002399 | 5/27/2008 | | | |
| **1016** | Article from BevNet com - Energy Shot Dispute Confuses Retailers | LENVE002455 - LENVE002456 | 6/17/2008 | | | |
| **1017** | Purchase Order No.2133 AR-101 Order Confirmation | LENVE002493 - LENVE002494 | 5/23/2008 | | | |
| **1018** | Email from A. Vecchie of CSNews to Sperber and Petersmarck re: CS News | LENVE002559 - LENVE002560 | 1/10/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1019** | Email from LE re: Legal ad | LENVE002588 - LENVE002589 | 6/20/2008 | | | |
| **1020** | Email from 7-Eleven re: Recall 6 Hour | LENVE002631 - LENVE002632 | 6/11/2008 | | | |
| **1021** | Email from LE re: 6-Hour recall | LENVE002636 | 6/12/2008 | | | |
| **1022** | Email from LE re: Liberty USA | LENVE002711 | 6/12/2008 | | | |
| **1023** | Recall letter and June 13th meeting | LENVE002869 - LENVE002870 | 6/11/2008 | | | |
| **1024** | Legal mailing-Envelope & Letter | LENVE002992 - LENVE002993 | 6/17/2008 | | | |
| **1025** | Legal notice mailing | LENVE003021 - LENVE003023 | 5/28/2008 | | | |
| **1026** | Update on Hit Man Energy Drink | LENVE003031 - LENVE003032 | 7/28/2008 | | | |
| **1027** | Quick Recap of Indiana and Michigan Store visits | LENVE003033 - LENVE003034 | 10/1/2008 | | | |
| **1028** | Art files for recall letter and envelope | LENVE003053 - LENVE003055 | 5/22/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1029** | Revised recall letter and envelope | LENVE003056 - LENVE003058 | 5/23/2008 | | | |
| **1030** | Fasmart-Richmond VA | LENVE003066 - LENVE003068 | 9/2/2008 | | | |
| **1031** | Selling of the Caps with the liner | LENVE003078 | 2/12/2008 | | | |
| **1032** | Legal mailing | LENVE003102 | 6/17/2008 | | | |
| **1033** | Email string re: Eby-Brown | LENVE003104 | 6/16/2008 | | | |
| **1034** | Living Essential Chaser (Quarterly)-Renewal | LENVE003111 - LENVE003113 | 3/31/2008 | | | |
| **1035** | Legal mailing-envelope & letter | LENVE003212 - LENVE003214 | 6/10/2008 | | | |
| **1036** | Special Corrective Notice | LENVE003217 - LENVE003218 | 6/16/2008 | | | |
| **1037** | Flying J | LENVE003222 | 6/11/2008 | | | |
| **1038** | Eby-Brown | LENVE003230 - LENVE003231 | 6/16/2008 | | | |
| **1039** | Copy of court order for Liberty USA | LENVE003282 - LENVE003289 | 6/12/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1040** | Chaser 5 Hour - 7-Eleven | LENVE003290 - LENVE003297 | 6/11/2008 | | | |
| **1041** | 5 Hour | LENVE003298 - LENVE003306 | 6/17/2008 | | | |
| **1042** | 5 hr energy | LENVE003310 - LENVE003312 | 6/16/2008 | | | |
| **1043** | June C Store Sales Analysis | LENVE003334 - LENVE003337 | 6/26/2008 | | | |
| **1044** | Henderson e-mail re: DSD – Shades Under the Sun | LENVE003368 | 09/25/2008 | | | |
| **1045** | Nielsen Living Essentials Top 10 UPC Rank Report-Total Nutritional Supplements Total US-CTMM Expansion | LENVE004663 - LENVE005070 | 4/22/2006 | | | |
| **1046** | New Nielsen Numbers | LENVE005075 - LENVE005076 | 1/15/2009 | | | |
| **1047** | Nielsen Numbers Summarized | LENVE005132 | 7/30/2008 | | | |
| **1048** | Mad Croc & 5 Hour Energy | LENVE005155 - LENVE005156 | 6/23/2008 | | | |

DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1049** | Latest Nielsen Data | LENVE005164 | 11/20/2008 | | | |
| **1050** | Tried it | LENVE005178 - LENVE005179 | 8/29/2007 | | | |
| **1051** | 5 Hour C-Store - Week One Update | LENVE005266 - LENVE005268 | 5/26/2008 | | | |
| **1052** | Advertising Allowance | LENVE005284 | 8/3/2007 | | | |
| **1053** | 5 Hour Update | LENVE005290 - LENVE005291 | 5/29/2008 | | | |
| **1054** | Bad 6 Hour I Need Your Help | LENVE005296 | 7/22/2008 | | | |
| **1055** | Email string from D. Garrett, S. Henderson and V. Sullivan re: Stripes POS Data Segmented by category, with attached sales report | LENVE005302 - LENVE005304 | 7/17/2008 | | | |
| **1056** | Energy Shot Display - JT Davenport Rack | LENVE005325 - LENVE005326 | 6/19/2008 | | | |
| **1057** | Living Essentials (Chaser) Item Rank Report - Total Nutritional Supplements - Total US - Scantrack Conv | LENVE006026 - LENVE006057 | 1/26/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1058** | Living Essentials (Chaser) Item Rank Report - Total Nutritional Supplements - Total US - Scantrack Conv | LENVE006122 - LENVE006153 | 9/6/2008 | | | |
| **1059** | Living Essentials (Chaser) Item Rank Report - Total Nutritional Supplements - Total US - CTMM Expansion | LENVE006734 - LENVE006737 | 4/19/2008 | | | |
| **1060** | Living Essentials (Chaser) Brand Rank Report - Total Nutritional Supplements - Total US - CTMM Expansion | LENVE008300 - LENVE008328 | 12/1/2007 | | | |
| **1061** | Living Essentials (Chaser) Brand Rank Report - Total Nutritional Supplements - Total US - CTMM Expansion | LENVE008387 - LENVE008415 | 7/12/2007 | | | |
| **1062** | Spreadsheet of Convenience Stores | LENVE008706 - LENVE015535 | | | | |
| **1063** | Condensed Qtrly Income Statement Profit and Loss for the Twelve Months Ending 12/31/2009 | LENVE032911 - LENVE032912 | 2/15/2010 | | | |
| **1064** | Condensed Qtrly Income Statement Profit and Loss for the Twelve Months Ending 12/31/2009 | LENVE032913 | 1/5/2010 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1065** | Living Essentials Advertising/Marketing document: 5HE 3-Tier Mixed Racks, revenue and gross profit per square foot. | LENVE034574-LENVE034575 | | | | |
| **1066** | Daily Finance article regarding 5-Hour Energy | LENVE035923 - LENVE035925 | 02/09/2012 | | | |
| **1067** | NY Times.com article regarding 5-Hour Energy | LENVE035993 - LENVE035994 | 2/29/2012 | | | |
| **1068** | Emails string re: 2011 Speedway Merchandising/Distribution Proposal | LENVE036128 - LENVE036135 | 12/07/2010 | | | |
| **1069** | Living Essentials Advertising/Marketing document: 5HE on my counter means money in my pocket. | LENVE036143 | | | | |
| **1070** | Living Essentials Advertising/Marketing document: Candy may be dandy but 5HE earns 2.7 times more dollars per square inch than the leading candy. | LENVE036166 | | | | |
| **1071** | Living Essentials Advertising/Marketing document: Category Dominator, 73% market | LENVE036181 | | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| | share. | | | | | |
| **1072** | Living Essentials Advertising/Marketing document: Every sq. inch counts. | LENVE036208 | | | | |
| **1073** | Email from Dempsey re: 7-Eleven Competitive shot | LENVE037363 | 10/18/2010 | | | |
| **1074** | Email from Sperber re: FDM data for January | LENVE037367 | 2/18/2010 | | | |
| **1075** | Email from Sperber re: Nielsen c-store reports | LENVE037409 - LENVE037410 | 8/9/2011 | | | |
| **1076** | Email from Wimmer re: Valero News | LENVE037416 | 1/22/2010 | | | |
| **1077** | Image of Chaser | LENVE038238 | | | | |
| **1078** | INTENTIONALLY BLANK | | | | | |
| **1079** | Living Essentials LLC Transaction Detail by Account January through December 2004 | LENVE16244 - LENVE16247 | 9/10/2004 | | | |
| **1080** | Meijer Numbers | LENVE16593 | 10/3/2005 | | | |
| **1081** | Promotion of Chaser Brand Products | LENVE16594 | 9/28/2005 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1082** | 5 Hr Energy Display | LENVE16616 - LENVE16618 | 9/13/2005 | | | |
| **1083** | New Accounts | LENVE16619 | 8/31/2005 | | | |
| **1084** | Rite Aid | LENVE16677 - LENVE16678 | 8/9/2005 | | | |
| **1085** | In this Week's Drug Store News | LENVE16731 - LENVE16733 | 4/1/2005 | | | |
| **1086** | Living Essentials Chaser Brand Rank Report Total Nutritional Supplements Total US Scantrack Conv | LENVE23491 - LENVE23502 | 9/9/2008 | | | |
| **1087** | Beverage Spectrum | LENVE23533 - LENVE23609 | 9/30/2009 | | | |
| **1088** | Store Check Love's Exit 112 on 194 | LENVE24109 | 5/23/2008 | | | |
| **1089** | Email from Henderson attaching list of alleged Five Hour Knock Offs | LENVE24205 - LENVE24206 | | | | |
| **1090** | Liquid Supplement | LENVE24350 - LENVE24351 | 4/3/2008 | | | |
| **1091** | 2 OZ Shot Comparisons | LENVE24468 - LENVE24469 | 10/31/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1092** | Introduction of 5HE in Roady's | LENVE24538 | 5/16/2008 | | | |
| **1093** | ASD Show | LENVE24553 - LENVE24554 | 8/2/2007 | | | |
| **1094** | Membership and Contract Application | LENVE24563 - LENVE24566 | 1/26/2007 | | | |
| **1095** | Website Copy | LENVE24654 - LENVE24665 | 3/9/2007 | | | |
| **1096** | Valuable Sales Tool | LENVE24720 - LENVE24721 | 6/27/2007 | | | |
| **1097** | # 77 | LENVE24756 - LENVE24757 | 4/3/2009 | | | |
| **1098** | CB | LENVE24848 | 11/6/2008 | | | |
| **1099** | Package for DAS | LENVE24924 - LENVE24925 | 6/4/2008 | | | |
| **1100** | SSA/Chaser 4Q07 #35028 | LENVE24948; LENVE24943- LENVE24947 | 6/17/2008 | | | |
| **1101** | Email re: Distributor Price Increase Calls | LENVE25136 | 4/25/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1102** | Email from Henderson re: 5 Hour at Meijer | LENVE25185 - LENVE25186 | 6/5/2008 | | | |
| **1103** | Email from Henderson re: Casey's Competitive Items | LENVE25412 - LENVE25413 | 5/13/2008 | | | |
| **1104** | Email from Henderson re: Most Current Data | LENVE25378 - LENVE25379 | 11/21/2008 | | | |
| **1105** | Email from T. Lico re: attached invoice 753569 | LENVE26195-LENVE26196 | 4/29/2008 | | | |
| **1106** | Email from Mann re: 6-Hour Power Occurrence Report - Small Shot Bottle is Slammed Down on Desk Top: Guy Gets up Now I'm Ready; Expenditure and Occurrence Data New | LENVE26371 - LENVE26403 | 2/24/2009 | | | |
| **1107** | Woman Silhouette Takes Shot | LENVE26416 - LENVE26568 | 11/16/2008 | | | |
| **1108** | Email from Man re: 6-Hour Power | LENVE26569 | 2/24/2009 | | | |
| **1109** | Email from Meguiar re: 5 Hour Energy - Hudson News | LENVE26887 - LENVE26890 | 2/13/2008 | | | |
| **1110** | Email from Sperber re: Nielsen c-store data | LENVE27418 | 10/22/2009 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1111** | Email from Ehrman re: some stuff to talk about | LENVE27794 - LENVE27796 | 6/13/2006 | | | |
| **1112** | Email from Sanders re: re: Nielsen c-store SKU report & THE C STORE CHALLENGE | LENVE31498 - LENVE31499 | 7/21/2009 | | | |
| **1113** | Email from Ehrman re: Cumberland Farms | LENVE31612 | 8/20/2007 | | | |
| **1114** | Email from Petersmarck re: Ad for June regarding 6 hour energy | LENVE32944 - LENVE32951 | 5/27/2008 | | | |
| **1115** | Chaser 5-Hour Energy Shot - Product Wiki Unbiased Product Reviews | LENVE33090 | 7/25/2009 | | | |
| **1116** | INTENTIONALLY BLANK | | | | | |
| **1117** | Chaser 5-Hour Energy Drinks Long Lasting with Great Taste | LENVE33517 - LENVE33533 | 8/23/2009 | | | |
| **1118** | Lifetime Fitness Chaser 5-hour Energy promotion in 2005 | LENVE33885 - LENVE33893 | 12/31/2005 | | | |
| **1119** | Emails re: 6 Hour Power | M00000013 - M00000015 | 6/10/2008 | | | |
| **1120** | [Questionnaire for the Product] | NVE0000037 - | | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| | | NVE0000038 | | | | |
| **1121** | NVE Pharmaceuticals CoPacking and Private Label Mfg. | NVE0000546 | 12/31/2007 | | | |
| **1122** | Custom Contract Mfg. | NVE0002770 - NVE0002771 | | | | |
| **1123** | Email from D. Kearns re: 6-Hour Power Estimate Payment Schedule Based on Weeks by B'Cast Month | NVE0003332 - NVE0003333 | 9/25/2007 | | | |
| **1124** | Letter from JL Media Inc. enclosing attached Reconciliation Statement for October 2007 | NVE0003352 - NVE0003353 | 12/5/2007 | | | |
| **1125** | Service Order. Track No.: 08-B-N-Q208-001 | NVE0004888 | 3/25/2008 | | | |
| **1126** | 6 Hour Power, Network Cable Buy 2007/2008 | NVE0004889 | 10/18/2007 | | | |
| **1127** | NVE 2008 Budget Summary, Gross/Net | NVE0004904 | 12/31/2008 | | | |
| **1128** | NVE Summary Reports | NVE0004965 - NVE0004967; NVE0004995 - NVE0005043 | 3/21/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1129** | Total U.S. - Drug Latest 13 Weeks Ending 06/26/2005 | NVE0005084 - NVE0005085 | 6/26/2005 | | | |
| **1130** | Schedule. Estimate: 1048 | NVE0005196 | 9/4/2008 | | | |
| **1131** | Schedule. Estimate: 1048 | NVE0005197 | 9/4/2008 | | | |
| **1132** | Campaign Strategies | NVE0005322 | 8/25/2008 | | | |
| **1133** | Design a Stacker 2 6 Hour Power T-Shirt | NVE0005408 | 8/6/2008 | | | |
| **1134** | 6 Hour Power, 1st Quarter 2008 - Payment Schedule, Net Dollar Basis | NVE0005695 | 1/1/2008 | | | |
| **1135** | Review of the Liquid Energy Shots Category | NVE0005819 - NVE0005828 | 1/24/2009 | | | |
| **1136** | 6 Hour Power Shot Sales and Costs | NVE0005830 - NVE0005834 | | | | |
| **1137** | Club Solutions Magazine with 5HE advertisement | NVE0005835 - NVE0005836 | 09/2006 | | | |
| **1138** | Club Solutions Magazine with 5HE advertisement | NVE0005837 - NVE0005839 | 11/2006 | | | |
| **1139** | Vitamin Retailer Magazine article re: Vitamin and Sports Drinks Add to Sales | NVE0005841 - NVE0005846 | 7/1/2005 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1140** | 5-Hour Energy website from web.archive.org | NVE0005903 - NVE0005904 | 6/15/2006 | | | |
| **1141** | 5-Hour Energy website from web.archive.org | NVE0005918 - NVE0005919 | 6/15/2006 | | | |
| **1142** | Whois Search Results | NVE0005941 - NVE0005942 | 12/9/2008 | | | |
| **1143** | Whois Search Results | NVE0005943 - NVE0005944 | 12/9/2008 | | | |
| **1144** | Product: About 5-Hour Energy Drink | NVE0005952 - NVE0005954 | | | | |
| **1145** | Email from Jacobs re: Apex / 24 hour fitness | NVE0005965 - NVE0005967 | 10/12/2007 | | | |
| **1146** | Legal Notice Recall of 6 Hour Shot Ordered | NVE0006589 | 12/31/2004 | | | |
| **1147** | Emails from Kearns at JL Media re: Internet Issues | NVE0009763 - NVE0009766 | 12/17/2007 | | | |
| **1148** | Letter from Prindle re: Stacker 2's 6 Hour Power Extreme Energy Shot | NVE0010732 | 9/15/2008 | | | |
| **1149** | Email string from H. Gamboa and T. | NVE0011269 | 11/4/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| | Wineberg re: 6 Hour Power | | | | | |
| **1150** | Chaser 5-hour Energy Shot 2-pack | NVE0011856 | 5/25/2006 | | | |
| **1151** | Stacker 2 Energy Shot. 6 Hour Power | NVE0011904 | | | | |
| **1152** | 6 Hour Power Energy Shot Feel it Fast Energy that Lasts | NVE0011926 | | | | |
| **1153** | Stacker 2 | NVE0012202 | | | | |
| **1154** | Email from Nappa re: Innovation vs. NVE & Counter Claim | NVE0013091 | 5/29/2009 | | | |
| **1155** | Email from Lee re: A Costly Confusion | NVE0013092 - NVE0013093 | 6/17/2009 | | | |
| **1156** | Special Section. BevNet.Com, New Beverage Guide 2008, The Year's New Beverages in Review | NVE0013171 - NVE0013194 | 11/30/2008 | | | |
| **1157** | NVE Pharmaceuticals Inc. Monthly Product Group Sales 2007 to May 2009 | NVE0013216 | 12/31/2007 | | | |
| **1158** | Email from Prindle re: 6 Hour Power | NVE0013267 - NVE0013268 | 3/31/2008 | | | |
| **1159** | Chaser 5-Hour Energy | NVE0013513 | | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1160** | New from Stacker 2 6 Hour Power Orange | NVE0014677 | | | | |
| **1161** | Email from Franco re: Your 6 hour power is Great | NVE0017007 | 8/24/2007 | | | |
| **1162** | Zantrex-3 | NVE0017011 | 12/31/2008 | | | |
| **1163** | Email from B. Weis re: CB Distributors Corrective Notice | NVE0017215 - NVE0017216 | 6/9/2008 | | | |
| **1164** | Available Now 2 New Energy Shot Flavors from Stacker 2 Grape & Punch | NVE0017249 | | | | |
| **1165** | CSP Retail Profits Adv. Supplement Special 5-Hour Energy Issue | NVE0017626 - NVE0017633 | 12/31/2008 | | | |
| **1166** | New from Stacker 2 6 Hour Power | NVE0018142 | | | | |
| **1167** | NVE Pharmaceuticals Media Spend | NVE0019121 | 1/31/2008 | | | |
| **1168** | Email from Canzone re: attached NVE Special Corrective Notice | NVE0019219 - NVE0019220 | 6/11/2008 | | | |
| **1169** | Email from Merlau re: HOT | NVE0019807 | 6/6/2008 | | | |
| **1170** | Email from Green re: Living Essentials Letter | NVE0019809 | 6/10/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1171** | Email from Finocchio re: Banners (BevNet) | NVE0020408 - NVE0020409 | 6/20/2008 | | | |
| **1172** | NVE Pharmaceuticals Inc. Monthly Product Group Sales (in 1,000 Dollars) | NVE0023871 | 1/31/2007 | | | |
| **1173** | NVE Inc. Cost Build Up | NVE0023872 - NVE0023875 | 1/31/2006 | | | |
| **1174** | 6 Hour Power Sales | NVE0023876 - NVE0023878 | 6/26/2009 | | | |
| **1175** | Customer Sales by Date and Product | NVE0023879 - NVE0024018 | 6/25/2009 | | | |
| **1176** | 05-16-2009 Nutritional Supplements_CP.xls; Total US - Scantrack Conv | NVE0024066 | 5/16/2009 | | | |
| **1177** | Email from JS Distributors re: Customer Inquiry Stacker 6 Hour | NVE0024124 | 6/10/2008 | | | |
| **1178** | Email from Finocchio re: Customers that have called confused | NVE0024149 | 6/10/2008 | | | |
| **1179** | Advertisement - Stacker 2 | NVE0024274 | 2/5/2008 | | | |
| **1180** | INTENTIONALLY BLANK | | | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1181** | NVE National Account Customers | NVE0024864 - NVE0024865 | 5/3/2009 | | | |
| **1182** | Email from D. Cuzzort re: NVE Benefits, and attaching Stacker 2 - NVE's 6 Hour Power Key Benefits | NVE0025634 - NVE0025635 | 12/2/2008 | | | |
| **1183** | NVE Inc. Balance Sheet, P&L Year 2006 | NVE0026251 - NVE0026257 | 7/22/2009 | | | |
| **1184** | Income Statement for the 12 Periods Ended 01/01/2006 | NVE0026258 - NVE0026262 | 12/31/2006 | | | |
| **1185** | Email from Bengoa re: Xtra-Mart Pricing for 6 Hour | NVE0026477 - NVE0026478 | 5/23/2008 | | | |
| **1186** | Email from Thom re: Energy Shot dispute confuses retailers | NVE0026643 - NVE0026644 | 6/20/2008 | | | |
| **1187** | Email from Finocchio re: 2007 Advertising, with attached 2007 Advertising document. | NVE0026806 - NVE0026807 | 4/26/2007 | | | |
| **1188** | Email from K. Sibrel re: attached photos of product bottles | NVE0027830 - NVE0027832 | 4/24/2006 | | | |
| **1189** | Energy Shots: Birth of a New Category | NVE0029530 - NVE0029537 | 4/30/2009 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1190** | Customer Sales by Date and Product - Energy Shots | NVE0029619 - NVE0029650 | 8/6/2009 | | | |
| **1191** | Stacker2 6 Hour Power Shots (March 2006 to August 2009) | NVE0029719 - NVE0029875 | 8/19/2009 | | | |
| **1192** | Stacker2 6 Hour Power Shot Sales Ending 08/19/2009 (Summary by product number) | NVE0029876 - NVE0029879 | 8/19/2009 | | | |
| **1193** | 2008 Energy Drink Guide | NVE0029944 - NVE0030010 | 12/31/2008 | | | |
| **1194** | 2009 Energy Guide | NVE0030011 - NVE0030055 | 12/31/2009 | | | |
| **1195** | NVE Report – Degen Expert Report Spreadsheets | NVE0030064 | | | | |
| **1196** | NVE Customer Sales Analysis by Month 2008 – Degen Expert Report | NVE0030067 | | | | |
| **1197** | Chief Media Marketing Energy Shot: 15 NVE Final Reports | NVE0030353 - NVE0030377 | 5/15/2006 | | | |
| **1198** | NVE Final Report. TV AD Runs 05/29/2006 through 9/17/2006 Energy Shot:15 | NVE0030390 - NVE0030482 | 5/29/2006 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1199** | Email from K. Sibrel regarding and attaching New Product Brochure | NVE0031730 - NVE0031732 | 2/16/2007 | | | |
| **1200** | Email string from K. Sibrel and A. Prindle re: CSD and attaching sales sheet re: 6 Hour Power Extreme Energy Shot New Mouth Watering Watermelon!! | NVE0031974 - NVE0031975 | 10/23/2008 | | | |
| **1201** | Email string from M. Canzone and K. Finocchio re: attached current NVE ads | NVE0037354 - NVE0037357 | 10/9/2008 | | | |
| **1202** | Email from N. Jones of Liberty USA re: June Proof of Performance and attaching June Promotions - Liberty USA | NVE0038335 - NVE0038345 | 6/27/2008 | | | |
| **1203** | 6 Hour Power Black Jax and 6 Hour Power Yellow Jacket | NVE0052221 - NVE0052222; NVE0052226 | | | | |
| **1204** | Email from K. Finocchio re: Convenience Store ads and attaching same | NVE0053051- NVE0053054 | 11/19/2007 | | | |
| **1205** | Email from K. Finocchio re: Convenience Store Ads Approved, and | NVE0053255 - NVE0053257 | 6/13/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| | attaching same | | | | | |
| **1206** | Email from Finocchio re: BevNet.com - Growth and Challenges in the Energy Shot Market | NVE0053688 - NVE0053689 | 12/3/2008 | | | |
| **1207** | Email from Finocchio to Jensen re Energy Shot Ad Spend Reports | NVE0056325 - NVE0056328 | 6/1/2006 | | | |
| **1208** | Email string from K. Sibrel, K. Finocchio and J. Gonzalez re: Manufacturing Ad, with attached ad | NVE0056388 - NVE0056390 | 5/3/2007 | | | |
| **1209** | Stacker 2 Customer Reports | NVE0058564 - NVE0059125 | 12/10/2009 | | | |
| **1210** | Rolling 52 Weeks Ending 12/28/2008 Total U.S. - F/D/Mx | NVE0059180 - NVE0059387 | | | | |
| **1211** | Email string from G. Lee, J. Green, D. Cuzzort re: 6 Hour Power promotion | NVE0060041 - NVE0060045 | 6/4/2009 | | | |
| **1212** | NVE Stacker 2 Advertisements | NVE0070003 - NVE0070005; 70813-70814; 70821-70822; 71151-71152; 71166; 71180 - | Various | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| | | 71197; 71201 - 71212 | | | | |
| **1213** | Energize Your Profits 100% | NVE0070815 - NVE0070816 | | | | |
| **1214** | Energize Your Profits 100% | NVE0070817 - NVE0070818 | 8/21/2001 | | | |
| **1215** | Energize Your Profits 100% | NVE0070819 | | | | |
| **1216** | Various printouts of archived LE website versions | NVE0071216 - NVE0071231 | 3/4/2014 | | | |
| **1217** | Imagine the Things you could do if you had More Energy | NVE0071246 | 3/3/2014 | | | |
| **1218** | NVE Income Statement from 2006 to 2013 | NVE0026258-NVE0026279<br>and<br>NVE0071278-NVE0071316 | 3/5/2014 | | | |
| **1219** | Summary of Advertising spending 2000-2005 | NVE0091914-NVE0091919 | | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1220** | E-mail from S. Lessey | NVE0092352 | 5/13/2009 | | | |
| **1221** | E-mail from K. Finocchio | NVE0092353 - NVE0092354 | 2/15/2012 | | | |
| **1222** | E-mail from S. Lessey | NVE0092628 - NVE0092629 | 12/21/2009 | | | |
| **1223** | INTENTIONALLY BLANK | | | | | |
| **1224** | NASCAR Winston Cup SCENE newspaper dated September 25, 2003 (original) | NVE0071161- NVE0071165 | | | | |
| **1225** | Audio File - Radio Commercial - 6 Hour Power March 2009 Lores | Produced 7/29/2009 | 3/1/2009 | | | |
| **1226** | INTENTIONALLY BLANK | | | | | |
| **1227** | Certified Trademark File Wrapper and Contents of Trademark Application 78/434,496, Filing June 14, 2004 (See, e.g., NVE0070737-NVE70812) | USPTO Certified Document | 3/18/2014 | | | |
| **1228** | 1/20/2010 Declaration of L. Petersmarck Exhibit To Response to Motion for Summary Judgment On False Advertising Under Section 43(A) | | 1/20/2010 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| | Of The Lanham Act by Innovation Ventures, LLC. | | | | | |
| **1229** | 1/13/2010 Declaration of M. Bhargava Exhibit To Response to Motion for Summary Judgment On False Advertising Under Section 43(A) Of The Lanham Act by Innovation Ventures, LLC. | | 1/13/2010 | | | |
| **1230** | 1/19/2010 Declaration of S. Henderson Exhibit To Response to Motion for Summary Judgment On False Advertising Under Section 43(A) Of The Lanham Act by Innovation Ventures, LLC. | | 1/19/2010 | | | |
| **1231** | Various bottles, cans and containers of the parties' respective products | | | | | |
| **1232** | Convenience store product displays and product exemplars | | | | | |
| **1233** | Map showing the parties' respective sales | | | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1234** | Timelines of relevant events | | | | | |
| **1235** | Labels pertaining to the parties' respective products | | | | | |
| **1236** | Various demonstrative exhibits to support NVE's expert witnesses' presentations | | | | | |
| **1237** | Convenience Store/Petroleum Magazine (various dates) | | | | | |
| **1238** | Convenience Store News Magazine (various dates) | | | | | |
| **1239** | Various examples of NVE's contract packaging products | | | | | |
| **1240** | Video - Stacker 2 (Original pills) circa 2001 with Tony Sirico from The Sopranos and Trish Stratus from WWE | | | | | |
| **1241** | Video - Stacker 2 YJ Stinger (Energy Drink Soda Can) Triple H TV commercial WWE in 2003/2004 | | | | | |
| **1242** | Video - Stacker 2 XPLC (diet and energy pills) with Kenny Wallace NASCAR and Troy Ulshoeffer | | | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| | 2004/2005 | | | | | |
| **1243** | Graphs or charts illustrating sales and/or advertising by the parties at relevant periods of time | | | | | |
| **1244** | Video - Stacker 2 with Kenny Wallace and Tony Stewart of NASCAR and The Big Show from WWE circa 2004 | | | | | |
| **1245** | June 15, 2009 Deposition of Manoj Bhargava including Exhibits 1-17 | | | | | |
| **1246** | October 27, 2009 Deposition of Carlos Bengoa including Exhibits 1-25 | | | | | |
| **1247** | October 13, 2009 Deposition of Tiffani Kistle and Exhibits P-183-184; P166, P169, P170, P173, P175 | | | | | |
| **1248** | October 28, 2009 Deposition of Matthew Dolmage and Exhibits 1-11 | | | | | |
| **1249** | August 21, 2009 Deposition of Michelle Canzone and Exhibits P150-P162 | | | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1250** | October 12, 2009 Deposition of Debra Cuzzort and Exhibits P171-P182 | | | | | |
| **1251** | September 18, 2009 Deposition of Garrett Dempsey and Exhibits 1-17 | | | | | |
| **1252** | November 11, 2009 Deposition of Lyle Wimmer and Exhibits 1-21 | | | | | |
| **1253** | INTENTIONALLY BLANK | | | | | |
| **1254** | July 21, 2009 Deposition of Rise Meguiar and Exhibits 1-36 | | | | | |
| **1255** | November 30, 2009 Deposition of J.R. Merlau and Exhibits 1-3 | | | | | |
| **1256** | March 31, 2009 Deposition of Thomas Morse and Exhibits 1-3 | | | | | |
| **1257** | October 29, 2009 Deposition of Karen Mclellan and Exhibits 1-19 | | | | | |
| **1258** | NVE's Response to Plaintiff's 1st Set of Interrogatories [1-13] | | 11/25/2008 | | | |
| **1259** | NVE's Response to Plaintiff's 1st Request For Production Of Documents | | 11/25/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| | [1-36] | | | | | |
| **1260** | NVE's Response to Plaintiff's 2nd Set of Interrogatories [14-24] | | 5/29/2009 | | | |
| **1261** | NVE's Response to Plaintiff's 2nd Request For Production Of Documents [37-95] | | 5/29/2009 | | | |
| **1262** | NVE's Response to Plaintiff's 3rd Set of Interrogatories [25] | | 6/8/2009 | | | |
| **1263** | NVE's Response to Plaintiff's 3rd Request For Production Of Documents [96-104] | | 6/8/2009 | | | |
| **1264** | NVE's Response to Plaintiff's 4th Request For Production Of Documents [105-115] | | 7/6/2009 | | | |
| **1265** | NVE's Response to Plaintiff's 1st Set Of Request To Admit [1-8] | | 7/28/2009 | | | |
| **1266** | NVE's Response to Plaintiff's 5th Set Of Document Requests [116-118] | | 7/28/2009 | | | |
| **1267** | NVE's Response to Plaintiff's 5th Set of Interrogatories[34-38] | | 9/24/2009 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1268** | NVE's Response to Plaintiff's 6th Set Of Document Requests [119-128] | | 8/25/2009 | | | |
| **1269** | NVE's Supplemental Response to Plaintiff's Interrogatories [14, 15, 17, 19, 23 & 24] | | 8/25/2009 | | | |
| **1270** | NVE's 2nd Supplemental Response to Plaintiff's Interrogatory No. 20 | | 9/4/2009 | | | |
| **1271** | NVE's Supplemental Response to Plaintiff's Document Requests [20-22, 27-30, 78, 79, 81 & 95] | | 9/4/2009 | | | |
| **1272** | NVE's 2nd Supplemental Response to Plaintiff's Interrogatories [14, 17, 19 & 20 plus documents] | | 9/22/2009 | | | |
| **1273** | NVE's Response to Plaintiff's 7th Set Of Document Requests [129-148] | | 9/29/2009 | | | |
| **1274** | NVE's Response to Plaintiff's 8th Set Of Document Requests [149-163] | | 10/13/2009 | | | |
| **1275** | Plaintiff's Responses to NVE's 1st Request For Documents [1-44] | | 12/30/2008 | | | |
| **1276** | Plaintiff's Responses to NVE's 1st Set | | 12/30/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| | Of Interrogatory Nos. 1-12 | | | | | |
| **1277** | Plaintiff's Responses to NVE's 1st Set Of Requests For Admission [1-67] | | 2/2/2009 | | | |
| **1278** | Plaintiff's Responses to NVE's 2nd Request For Documents [45-52] | | 3/16/2009 | | | |
| **1279** | Plaintiff's Objections To NVE's Rule 30(b)6 Deposition Notice | | 6/1/2009 | | | |
| **1280** | Plaintiff's Responses to NVE's 2nd Set Of Requests For Admission [68-151] | | 6/2/2009 | | | |
| **1281** | Plaintiff's Responses to NVE's 3rd Request For Documents [53-70] | | 6/2/2009 | | | |
| **1282** | INTENTIONALLY BLANK | | | | | |
| **1283** | Plaintiff's Supplemental Response to NVE's 1st Set of Interrogatory Nos. 7, 10 & 11 | | 7/15/2009 | | | |
| **1284** | Plaintiff's Supplemental Response to NVE's 1st and 3rd Set of Documents [2, 36, 57 & 58] | | 7/15/2009 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1285** | Plaintiff's Supplemental Response to NVE's Interrogatory No. 9 | | 8/26/2009 | | | |
| **1286** | Plaintiff's Response to NVE's 4th Request For Documents [71-252] | | 9/29/2009 | | | |
| **1287** | NVE's Responses And Objections To Innovation's Notice Of 30(b)(6) Deposition | | 11/25/2009 | | | |
| **1288** | NVE's Supplemental Responses And Objections To Innovation's Notice Of 30(b)(6) Deposition | | 12/9/2009 | | | |
| **1289** | Custom Nutritional Laboratories, LLC v. Innovation Ventures, LLC. Plaintiff's Third Amended Original Petition. No. CC-07-14515-E | LENVE000172 - LENVE000187 | 9/24/2008 | | | |
| **1290** | Innovation Ventures, LLC v. BDI Marketing, et al. Deposition of Lynn Petersmarck | LENVE005329 - LENVE005374 | 11/12/2008 | | | |
| **1291** | Innovation Ventures, LLC v. BDI Marketing, et al. Deposition of Manoj Bhargava | LENVE005375 - LENVE005418 | 12/30/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1292** | Innovation Ventures, LLC, et al v. BDI Marketing, et al. Deposition of Carl Sperber | LENVE005419 - LENVE005445 | 12/30/2008 | | | |
| **1293** | Innovation Ventures, LLC, et al v. Body Dynamics Inc. Video Deposition of Lyle Wimmer | LENVE005446 - LENVE005469 | 2/24/2009 | | | |
| **1294** | Innovation Ventures, LLC, et al v. Body Dynamics Inc. Deposition of Rise Meguiar | LENVE005470 - LENVE005493 | 1/21/2009 | | | |
| **1295** | Innovation Ventures, LLC, et al v. BDI Marketing, et al. Deposition of Thomas Morse | LENVE005494 - LENVE005533 | 2/26/2009 | | | |
| **1296** | Custom Nutritional Laboratories, LLC v. Innovation Ventures, LLC, et al. Oral and Videotaped Deposition of Innovation Ventures, LLC – through Manoj Bhargava Volume 1 | LENVE005534 - LENVE005648 | 2/12/2009 | | | |
| **1297** | Custom Nutritional Laboratories, LLC v. Innovation Ventures, LLC, et al. Oral and Videotaped Deposition of Innovation Ventures, LLC through Manoj Bhargava Volume 2 | LENVE005649 - LENVE005682 | 2/13/2009 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1298** | Custom Nutritional Laboratories, LLC v. Innovation Ventures, LLC, et al. Oral and Videotaped Deposition through Manoj Bhargava Volume 3 | LENVE005683 - LENVE005734 | 2/13/2009 | | | |
| **1299** | Innovation Ventures, LLC v. BDI Marketing, et al. Videotaped Deposition of Carl Sperber | LENVE005878 - LENVE005895 | 12/30/2008 | | | |
| **1300** | Innovation Ventures, LLC, et al v. BDI Marketing, et al. Deposition of Scott Henderson | LENVE005896 - LENVE005945 | 1/27/2009 | | | |
| **1301** | Innovation Ventures, LLC, et al v. BDI Marketing et al. Deposition of Scott Henderson as 30b6 witness. | LENVE005946 - LENVE005982 | 3/4/2009 | | | |
| **1302** | Innovation Ventures, LLC, et al v. Ultimate Lifestyles LLC, et al. Confidential Videotaped Deposition of Thomas Morse. Civil Action No. 4:08-CV-232 | LENVE23935 - LENVE24035 | 2/5/2009 | | | |
| **1303** | Innovation Ventures, LLC v. Ultimate Lifestyles LLC. Civil Action No 4:08-CV-232 Deposition of Carl Sperber | LENVE24960 - LENVE24967 | 7/8/2009 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1304** | Innovation Ventures, LLC v. BDI Marketing, et al. Deposition of Lynn Petersmarck | LENVE25566 - LENVE25580 | 11/12/2008 | | | |
| **1305** | Innovation Ventures, LLC, et al v. BDI Marketing, et al. Deposition of Manoj Bhargava | LENVE25581 - LENVE25596 | 12/30/2008 | | | |
| **1306** | Innovation Ventures, LLC, et al v. BDI Marketing, et al. Deposition of Carl Sperber. Case No. 08-12711 | LENVE25597 - LENVE25603 | 12/30/2008 | | | |
| **1307** | Innovation Ventures, LLC, et al v. Body Dynamics Inc. Deposition of Rise Meguiar. C.A. No. 2:08-CV-12711-GER-SDP | LENVE25604 - LENVE25608 | 1/21/2009 | | | |
| **1308** | Innovation Ventures, LLC, et al v. BDI Marketing, et al. Videotaped Deposition of Scott Henderson. Case No. 08-12711 | LENVE25620 - LENVE25649 | 1/27/2009 | | | |
| **1309** | Innovation Ventures, LLC, et al v. Body Dynamics Inc., et al. Video Deposition of Lyle Wimmer. Civil Action No. 2:08-CV-12711-GER-SDP | LENVE25650 - LENVE25653 | 2/24/2009 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1310** | Innovation Ventures, LLC, et al v. BDI Marketing, et al. Deposition of Thomas Morse. Case No. 08-12711 | LENVE25654 - LENVE25675 | 2/26/2009 | | | |
| **1311** | Innovation Ventures, LLC, et al v. BDI Marketing, et al. Deposition of Scott Henderson. Case No. 08-12711 | LENVE25676 - LENVE25709 | 3/4/2009 | | | |
| **1312** | Hansen Beverage Co. v. Innovation Ventures, LLC, et al. Videotaped Deposition of Carl Sperber. No. 08-CV-1166 IEG POR | LENVE25710 - LENVE25762 | 7/31/2009 | | | |
| **1313** | Hansen Beverage Co. v. Innovation Ventures, LLC, et al. Videotaped Deposition of Scott Henderson. No. 08-CV-1166 IEG POR | LENVE25763 - LENVE25813 | 8/25/2009 | | | |
| **1314** | Hansen Beverage Co. v. Innovation Ventures, LLC, et al. Videotaped Deposition of Scott Henderson. No. 08-CV-1166 IEG POR | LENVE25814 - LENVE25854 | 8/26/2009 | | | |
| **1315** | Custom Nutritional Laboratories, LLC, et al v. Innovation Ventures, LLC, et al. Deposition of Kevin Zwierzchowski. No. CC-07-14515-E | LENVE25855 - LENVE25876 | 8/14/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1316** | Custom Nutritional Laboratories, LLC, et al v. Innovation Ventures, LLC, et al. Oral and Videotaped Deposition of Manoj Bhargava. No. CC-07-14515-E | LENVE25877 - LENVE25896 | 2/12/2009 | | | |
| **1317** | Custom Nutritional Laboratories, LLC, et al v. Innovation Ventures, LLC, et al. Oral and Videotaped Deposition of Manoj Bhargava. No. CC-07-14515-E | LENVE25897 - LENVE25930 | 2/12/2009 | | | |
| **1318** | Innovation Ventures, LLC, et al v. Ultimate Lifestyles LLC, et al. Videotaped Deposition of Thomas Morse. Civil Action 4:08-CV-232 | LENVE25937 - LENVE25949 | 2/5/2009 | | | |
| **1319** | Innovation Ventures, LLC, et al v. Ultimate Lifestyles LLC, et al. Confidential Videotaped Deposition of Thomas F. Morse | LENVE25950 - LENVE26007 | 7/7/2009 | | | |
| **1320** | Innovation Ventures, LLC, et al v. Ultimate Lifestyles LLC, et al. Confidential Deposition of Carl F. Sperber III | LENVE26008 - LENVE26015 | 7/8/2009 | | | |
| **1321** | Hansen Beverage Co., et al v. Innovation Ventures, LLC, et al. Videotaped Deposition of Manoj | LENVE26656 - LENVE26713 | 11/18/2009 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| | Bhargava. No. 08-CV-1166 IEG POR | | | | | |
| **1322** | Hansen Beverage Co., et al v. Innovation Ventures, LLC. Declaration of Scott Henderson in Support of Living Essentials' Opposition to Motion for Preliminary Injunction. Case No. 08-cv-1166 IEG POR | LENVE33045 - LENVE33048 | 8/29/2008 | | | |
| **1323** | Innovation Ventures, LLC v. BDI Marketing, et al. Errata Sheet to 12/30/08 Deposition of Manoj Bhargava | LENVE33608 | 12/30/2008 | | | |
| **1324** | Custom Nutritional Laboratories, LLC v. Innovation Ventures, LLC, et al. Declaration of Manoj Bhargava in Support of Living Essentials' Motion to Sever Claims Against Hernandez and to Transfer Venue. Civil Action No 3:07-cv-01969 | LENVE33609 - LENVE33623 | 12/18/2007 | | | |
| **1325** | Custom Nutritional Laboratories, LLC v. Innovation Ventures, LLC, et al. Affidavit of Manoj Bhargava. Cause No | LENVE33627 - LENVE33648 | 12/3/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| | CC-07-14515-E | | | | | |
| **1326** | Custom Nutritional Laboratories, LLC v. Innovation Ventures, LLC, et al. Amended Affidavit of Manoj Bhargava. Cause No CC-07-14515-E | LENVE33654 - LENVE33661 | 1/23/2009 | | | |
| **1327** | September 9, 2009 Deposition of Douglas Lemberg and Exhibits 1-10 | | | | | |
| **1328** | October 9, 2009 Deposition of Kyle Litz and Exhibits 1-4 | | | | | |
| **1329** | September 29, 2009 Deposition of Scott Framke and Exhibits (Walgreens) 1-9 | | | | | |
| **1330** | October 2, 2009 Deposition of Brandon Bohland and Exhibits 1-18, and Exhibit 20 | | | | | |
| **1331** | April 29, 2009 Deposition of Carl Sperber and Exhibits 1-18 | | | | | |
| **1332** | November 12, 2009 Deposition of Blythe Sanders and Exhibits 1-17 | | | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1333** | October 8, 2009 Deposition of Alvin Schwapp and Exhibits (Schwapp) 1-4 | | | | | |
| **1334** | September 10, 2009 Deposition of Jeremy Smith and Exhibits (Meijer) 2-10 | | | | | |
| **1335** | December 16, 2009 Deposition of Jesus Palmeroni and Exhibits NVE 1, P73, Palmeroni 1 | | | | | |
| **1336** | Innovation Ventures LLC v. N2G Distributing, Inc. et al. – Trial Transcript, Vol. VI | LENVE037155-LENVE037258 | 11/17/2011 | | | |
| **1337** | Innovation Ventures, LLC v. N2G Distributing, Inc., et al. – Trial Transcript, Vol. I | LENVE036521 - LENVE036555 | 11/8/2011 | | | |
| **1338** | Innovation Ventures, LLC v. N2G Distributing, Inc., et al. – Trial Transcript, Vol. I, Excerpt B | LENVE036556 - LENVE036597 | 11/8/2011 | | | |
| **1339** | Innovation Ventures, LLC v. N2G Distributing, Inc., et al. – Trial Transcript, Vol. 2 | LENVE036598 - LENVE036735 | 11/10/2011 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1340** | Innovation Ventures, LLC v. N2G Distributing, Inc., et al. – Trial Transcript, Vol. 3 | LENVE036736 - LENVE036891 | 11/14/2011 | | | |
| **1341** | Innovation Ventures, LLC v. N2G Distributing, Inc., et al. – Trial Transcript, Vol. 4 | LENVE036892 - LENVE036994 | 11/15/2011 | | | |
| **1342** | Innovation Ventures, LLC v. N2G Distributing, Inc., et al. – Trial Transcript, Vol. 5 | LENVE036995 - LENVE037154 | 11/16/2011 | | | |
| **1343** | Innovation Ventures, LLC v. N2G Distributing, Inc., et al. – Trial Transcript, Vol. 7 | LENVE037259 - LENVE037277 | 11/18/2011 | | | |
| **1344** | Innovation Ventures, LLC, et al v. Ultimate Lifestyles LLC, et al. Confidential Deposition of Thomas F Morse | LENVE24036 - LENVE24042 | 7/7/2009 | | | |
| **1345** | USPTO File Docket and Certificate of Registration for Stacker 2 | | | | | |
| **1346** | USPTO File Docket for 6-HOUR POWER | | | | | |
| **1347** | October 28, 2008 Report and Recommendation of the Hon. Steven | | 10/28/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| | D. Pepe, U.S.M.J. in *Innovation Ventures, LLC, et al., v. Body Dynamics, Inc., et al.*, Case No.: 2:08-CV-12711, U.S.D.C., E.D.MI. | | | | | |
| **1348** | March 30, 2009 Opinion and Order of the Hon. Gerald E. Rosen Adopting Magistrate Judge's Report and Recommendation in *Innovation Ventures, LLC, et al., v. Body Dynamics, Inc., et al.*, Case No.: 2:08-CV-12711, U.S.D.C., E.D.MI. | | 3/30/2009 | | | |
| **1349** | March 30, 2009 Preliminary Injunction entered by the Hon. Gerald E. Rosen in *Innovation Ventures, LLC, et al., v. Body Dynamics, Inc., et al.*, Case No.: 2:08-CV-12711, U.S.D.C., E.D.MI. | | 3/30/2009 | | | |
| **1350** | March 7, 2008 Complaint and Jury Demand in *Innovation Ventures, LLC, et al. v. N2G Distributing Inc., et al.*, Case No.: 2:08-cv-10983, U.S.D.C, E.D.MI. | | 03/07/2008 | | | |
| **1351** | March 13, 2008 Motion of Plaintiff Living Essentials for a Temporary Restraining Order and a Preliminary | | 03/13/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| | Injunction in *Innovation Ventures, LLC, et al. v. N2G Distributing Inc., et al.*, Case No.: 2:08-cv-10983, U.S.D.C, E.D.MI. | | | | | |
| **1352** | April 13, 2009 Complaint, Summons, Civil Cover Sheet and Notice of Removal in *CB Distributors, Inc. v. Innovation Ventures, LLC, et al*, Case No.: 09-cv-881 and 3:09-cv-00284-slc. | | 4/13/2009 | | | |
| **1353** | September 15, 2004, Trademark License Agreement. | LENVE16375-LENVE16379 | 9/15/2004 | | | |
| **1354** | December 20, 2007, First Amendment to Trademark License Agreement. | LENVE16380 | 12/20/2007 | | | |
| **1355** | February 1, 2008, Nunc Pro Tunc Agreement. | LENVE16373-LENVE16374 | 2/1/2008 | | | |
| **1356** | Declaration of Alan Jones in *Innovation Ventures, LLC, et al., v. Custom Nutrition Laboratories, LLC*, Civil Action No. 07-14829, U.S.D.C., E.D.MI. | | 11/28/2007 | | | |
| **1357** | Photo of N2G products | | | | | |
| **1358** | Vendor Declarations in the *Innovation* | | 7/23/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| | *Ventures v. BDI Marketing* case (DN12, Exhibit J] on July 25, 2008, including declarations of Dean Cline, John A. Peay, Joseph Leon Bowles, Mitch McSwain, R. I. Adams, and Wayne Gisselman | | | | | |
| **1359** | April 3, 2008 Declaration of Brandon Bohland in Innovation Ventures, LLC, et al., v. N2G Distributing, Inc., et al., Civil Action No. 2:08-cv-10983, U.S.D.C., E.D.MI. | | 4/3/2008 | | | |
| **1360** | INTENTIONALLY BLANK | | | | | |
| **1361** | Expert Report Carl G. Degen | | 8/5/2009 | | | |
| **1362** | Rebuttal Expert Report of Carl G. Degen | | 10/26/2009 | | | |
| **1363** | Update to August 5, 2009 Expert Report of Carl G. Degen, with supplemental exhibits 9 through 13 | | 11/6/2009 | | | |
| **1364** | Expert Rebuttal Report of Jacob Jacoby, Ph.D. | | 10/26/2009 | | | |
| **1365** | Second Expert Rebuttal Report of | | 5/28/2014 | | | |

DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| | Jacob Jacoby, Ph.D. | | | | | |
| **1366** | Rebuttal Report of Jacob Jacoby, Ph.D. | | 3/1/2015 | | | |
| **1367** | 2014 P&L (unaudited) with additional explanation of certain expenses | NVE0142609 - NVE0142610 | | | | |
| **1368** | 2014 General Ledger information from MAS 500 system | NVE0142604 - NVE0142608 | | | | |
| **1369** | 2011 General Ledger information from MAS 500 system | NVE0142602 - NVE0142603 | | | | |
| **1370** | 2013 General Ledger information from MAS 500 system | NVE0142600 - NVE0142601 | | | | |
| **1371** | June 10, 2009 Deposition of Scott Henderson including Exhibits 1-3, 5-9, and 11-17 | | | | | |
| **1372** | September 28, 2009 continued Deposition of Scott Henderson including Exhibits 18-25 | | | | | |
| **1373** | September 28, 2009 30(b)(6) Deposition of Scott Henderson including Exhibits 1-12 | | | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1374** | Video – Stacker 2 6 hour POWER Kurt Angle TNA Wrestling TV Commercial in 2009 | | | | | |
| **1375** | Video – Stacker 2 6 hour POWER Mike Marino Comedy Club "2-Shots $3.99" TV Commercial in 2011 | | | | | |
| **1376** | Video – Stacker 2 6 hour POWER Gaming TV Commercial | | | | | |
| **1377** | Video – Stacker 2 6 hour POWER "Extreme Energy – Energy That Lasts" TV Commercial | | | | | |
| **1378** | Video – Stacker 2 6 hour POWER "Jersey Shore" Cast – Nightclub TV Commercial | | | | | |
| **1379** | Video – Stacker 2 NASCAR's Kenny Wallace & WWE's The Big Show The Jackman TV Commercial | | | | | |
| **1380** | December 11, 2009 BevNet article | | 12/11/2009 | | | |
| **1381** | Henderson Declaration of Acquired Distinctiveness and attachments | NVE0070724 - NVE0070733 | 07/15/2008 | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1382** | Henderson Declaration of Acquired Distinctiveness | NVE0070487 - NVE0070489 | 04/29/2009 | | | |
| **1383** | NVE's Additional Supplementation of P&L/Financial Statements | NVE0146070 – NVE146072 | 09/30/2015 – 12/31/2015 | | | |
| **1384** | NVE's Additional Supplementation of Cost Build Up and Advertising Data | NVE0146073 – NVE0146074 | 2009 - Present | | | |
| **1385** | NVE's Additional Supplementation of 6HP and Xtra Sales Data | NVE0146075 | 12/31/2015 | | | |
| **1386** | Degen Supplemental Report | | | | | |
| **1387** | MAS 200 6HrPWR Excel File | NVE0071317 | | | | |
| **1388** | MAS500 Vhr 6hr Sales Report Excel File | NVE0071319 | | | | |
| **1389** | Yellow Jack and Black Jax Sales by Units and Value from 1/1/09-12/31/2013 | NVE142589-NVE142594 | | | | |
| **1390** | Sales for Shots 6 HR by Month | NVE0142595-NVE0142599 | | | | |
| **1391** | Advertising 2009-2014 | NVE0142586-NVE0142588 | | | | |

**DEFENDANT NVE, INC.'S TRIAL EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | BATES NO. | DOCUMENT DATE | DATE OFFERED | OBJECTED TO | RECEIVED |
|---|---|---|---|---|---|---|
| **1392** | NVE Deductions from Gross Selling Prices by Customer | NVE0024141-NVE0024148 | | | | |