UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNOVATION VENTURES, LLC d/b/a
LIVING ESSENTIALS,

      Plaintiff/Counter-Defendant,

                             Case No. 08-11867
v.                              Hon. Terrence G. Berg

NVE, INC.,

      Defendant/Counter-Plaintiff.
_____/

## **JUDGMENT**

     This action came before the Court for a trial by jury. This action was tried and the jury has rendered its verdict (Dkt. 477). IT IS ORDERED that Plaintiff/Counter-Defendant Innovation Ventures, LLC ("Plaintiff") recover of Defendant/Counter-Plaintiff NVE, Inc. ("Defendant") the amount of $10,616,992.19 on Plaintiff's trademark infringement claim, with interest at the rate provided by law. IT IS ORDERED that a judgment of no cause of action be entered on Defendant's false advertising counterclaim against Plaintiff.

     Dated at Detroit, Michigan: February 26, 2016

                                                   DAVID J. WEAVER
                                                   CLERK OF THE COURT

                                                   s/Amanda Chubb
                                                   Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE