UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNOVATION VENTURES, LLC d/b/a
LIVING ESSENTIALS,

      Plaintiff/Counter-Defendant,

                              Case No. 08-11867
v.                              Hon. Terrence G. Berg

NVE, INC.,

      Defendant/Counter-Plaintiff.
_____/

## **POST-TRIAL SCHEDULING ORDER**

This action came before the Court for a trial by jury. This action was tried and the jury has rendered its verdict (Dkt. 477). Any post-trial motions shall be filed according to the following briefing schedule:

1.    Any motions pursuant to Fed. R. Civ. P. 50 will be due according to that Rule (within 28 days after entry of the Judgment (Dkt. 478)).

2.    Responses and replies shall be due according to the Local Rules.

3. Regarding the determination of the question of equitable relief – including injunctive relief and disgorgement of NVE's profits – Living Essentials may file a motion requesting any equitable relief on or before Monday, March 28, 2016. This motion should include proposed findings of fact and conclusions of law, which should include citations to the record and any exhibits, pursuant to E.D. Mich. LR 52.1.

4. NVE may then file a response brief (with its own proposed findings of fact and conclusions of law) 21 days after service of Living Essentials' motion (E.D. Mich. LR 7.1 (e)(1)(B)).

5. Living Essentials may file a reply brief within 14 days of service of the response (E.D. Mich. LR 7.1(e)(1)(C)). The page limits and formatting requirements of E.D. Mich. LR 7.1(d) shall apply to all briefs.

6. The Court will then schedule a hearing date to allow the parties to present oral argument on these motions.

7. Consistent with the Court's standing directive in this case, no other motions may be filed without seeking and receiving prior leave of Court.

8. Furthermore, Living Essentials shall file with the Court the stipulated joint final list of all the admitted exhibits in this case, which was submitted to the jury, signed by counsel for both parties, within 7 days of the date of this Order. Both parties shall preserve all the exhibits that were introduced at trial.

9. Finally, the parties shall forthwith make arrangements with chambers staff to remove all the exhibits, binders and boxes from the Courtroom by Friday, March 4, 2016. All exhibits admitted during the trial by each party shall be maintained by each party in their current form so that they will remain available for purposes of appeal or any other proceedings, as may be needed, until further Order of the Court.

**SO ORDERED**.

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: March 1, 2016

### Certificate of Service

I hereby certify that this Order was electronically submitted on March 1, 2016, using the CM/ECF system, which will send notification to each party.

By: s/A. Chubb
Case Manager